Docusign Envelope ID: 96C75113-F359-83F2-81F6-F73F3B0C9641

Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Michigan

Case number (*If known*): ____________ Chapter 11

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** — Meritage Hospitality Group Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — 38-2730460

4. **Debtor's address**

   **Principal place of business**

   45 Ottawa Ave SW, Suite 600
   Number Street

   Grand Rapids MI 49503
   City State ZIP Code

   Kent County
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL) — http://meritagehospitality.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor See attached Schedule 1 Relationship Affiliate
  District ______ When ______ (MM / DD / YYYY)
  Case number, if known ______

Docusign Envelope ID: 96C75113-F359-83F2-81F6-F73F3B0C9641



**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Docusign Envelope ID: 96C75113-F359-83F2-81F6-F73F3B0C9641

Debtor Meritage Hospitality Group, Inc.
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/17/2026
MM / DD / YYYY

✘ DocuSigned by: Robert E. Schermer, Jr.
Signature of authorized representative of debtor

Robert E. Schermer Jr.
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

✘ Scott N. Opincar
Signature of attorney for debtor

Date 09/17/2026
MM / DD / YYYY

Scott N. Opincar
Printed name

McDonald Hopkins
Firm name

600 Superior Ave Suite 2100
Number Street

Cleveland
City

OH
State

44114
ZIP Code

2163485400
Contact phone

sopincar@mcdonaldhopkins.com
Email address

0064027
Bar number

OH
State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Meritage Hospitality Group Inc., | ) | Case No. 26-[_________] |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtor. | | |

## SCHEDULE I

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

Each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Western District of Michigan for relief under chapter 11 of title 11 of the United States Code contemporaneously with the above-captioned debtor. The Debtors are moving for joint administration of each of these cases.

MHG Food Service, Inc.
OCM Development, LLC
Wen Carolinas, LLC
Wen Georgia, LLC
Wen Ohio, LLC
Wen Oklahoma, LLC
Wen South, LLC
Wen Tennessee, LLC
Wen Virginia, LLC
WM Limited Partnership-1998
RES Management, LLC
Inspired By Opportunity, LLC
Uncommon Hospitality, LLC
Chicken Ventures, LLC

Docusign Envelope ID: B0573F83-685D-83C7-815F-2BDB3EDFC8BF

**Fill in this information to identify the case and this filing:**

Debtor Name ______

United States Bankruptcy Court for the: ______ District of ______ (State)

Case number (*If known*): ______

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/17/26
MM / DD / YYYY

✗ DocuSigned by: Robert E. Schermer, Jr. 4B1EEF90A2ED4BF...
Signature of individual signing on behalf of debtor

Robert E. Schermer Jr.
Printed name

Chief Executive Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP, INC., *et al.*,[1] | ) | Case No. 26-[___] |
| Debtors. | ) | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession in the above-captioned cases (each, a "Debtor") hereby state as follows:

1. Debtor Meritage Hospitality Group, Inc. ("MHG") is the majority owner of each Debtor except RES Management LLC and Gezon Income Properties III, LLC. MHG is publicly traded, and the equity ownership of MHG consists of nearly 6.5 million shareholders. MHG is filing a motion contemporaneously with this bankruptcy filing requesting relief from having to file a list of equity interest holders.

2. Debtor MHG Food Service, Inc. is 100% owned by Debtor MHG. MHG's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

3. Debtor OCM Development, LLC is 100% owned by Debtor Meritage Hospitality Group Inc. MHG's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group, Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); RDG-MHG, LLC (2354); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215).The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

4. Debtor Wen Georgia, LLC is 100% owned by Debtor MHG Food Service, Inc. ("MHG Food Service"). MHG Food Service's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

5. Debtor Wen Carolinas, LLC is 100% owned by Debtor MHG Food Service. MHG Food Service's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

6. Debtor Wen Ohio, LLC is 100% owned by Debtor MHG Food Service. MHG Food Service's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

7. Debtor Wen Oklahoma, LLC is 100% owned by Debtor MHG Food Service. MHG Food Service's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

8. Debtor Wen South, LLC is 100% owned by Debtor MHG Food Service. MHG Food Service's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

9. Debtor Wen Tennessee, LLC is 100% owned by Debtor MHG Food Service. MHG Food Service's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

10. Debtor Wen Virginia is 100% owned by Debtor MHG Food Service. MHG Food Service's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

11. Debtor WM Limited Partnership-1998 is 99.9% owned by Debtor MHG Food Service, Inc., and .1% owned by Debtor RES Management, LLC. The address for both MHG Food Service and RES Management, LLC is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

12. Debtor RES Management, LLC is 100% owned by non-debtor Robert Schermer, Jr. Mr. Schermer's address is 475 Golf Rd SE, Grand Rapids, MI 49546.

13. Debtor Inspired by Opportunity, LLC is 100% owned by Debtor Meritage Hospitality Group Inc. MHG's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

14. Debtor Uncommon Hospitality, LLC is 100% owned by Debtor Meritage Hospitality Group Inc. MHG's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

15. Debtor Chicken Ventures LLC is 100% owned by Debtor Meritage Hospitality Group Inc. MHG's address is 45 Ottawa Ave SW Suite 600, Grand Rapids, Michigan 49503.

September 17, 2026

*/s/ Robert E. Schermer Jr.*
Robert E. Schermer Jr.
Chief Executive Officer

**MERITAGE HOSPITALITY GROUP INC.**
**MHG FOOD SERVICE INC.**
**WEN CAROLINAS LLC**
**WEN GEORGIA LLC**
**WEN OHIO LLC**
**WEN OKLAHOMA LLC**
**WEN SOUTH LLC**
**WEN TENNESSEE LLC**
**WEN VIRGINIA LLC**
**WM LIMITED PARTNERSHIP – 1998**
**RES MANAGEMENT LLC**
**INSPIRED BY OPPORTUNITY, LLC**
**UNCOMMON HOSPITALITY, LLC**
**OCM DEVELOPMENT LLC**
**CHICKEN VENTURES, LLC**

**OMNIBUS WRITTEN CONSENT**

September 16, 2026

The undersigned, being the members of the Board of Directors of Meritage Hospitality Group Inc., a Michigan corporation, or the managing member, as applicable (each, a "Governing Body"), of each entity set forth above (each, a "Company," and, collectively, the "Companies"), hereby take the following actions and adopt the following resolutions by written consent (these "Resolutions") pursuant to such company's articles of organization or limited liability company agreement and the Michigan Limited Liability Company Act, as amended:

**WHEREAS**, the Governing Body of each Company has reviewed the materials presented by, or on behalf of, such Company's management (such Company's "Management") and its financial, legal, and other advisors (collectively, such Company's "Advisors"), including, but not limited to, materials regarding the liabilities, obligations, and liquidity of such Company, the strategic alternatives available to such Company, and the impact of the foregoing on such Company's business and the business of such Company's affiliates;

**WHEREAS**, the Governing Body of each Company has had adequate opportunity to consult with its Management and Advisors regarding the materials presented, to obtain additional information and to fully consider each of the strategic alternatives available to such Company;

**WHEREAS**, the Governing Body of each Company, after consultation with its Management and its Advisors, has determined that it is in the best interests of such Company to commence a case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code"); and

**WHEREAS**, the Governing Body of each Company has determined, in the judgment of such Governing Body, that the following resolutions, as applicable, are advisable and in the best interests of such Company, its interest holders, its subsidiaries (if any), its creditors, and other parties in interest.

Docusign Envelope ID: 47C08A90-FBB6-8D74-8121-6C6506E7E47D

**Chapter 11 Cases**

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that in the judgment of the Governing Body of each Company, it is desirable and in the best interests of each Company and its creditors, and other parties in interest, that such Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Michigan (the "Bankruptcy Court").

**BE IT FURTHER RESOLVED**, that Robert E. Schermer, Jr., in his capacity as Chief Executive Officer, or Kevin Cleary, in his capacity as Chief Restructuring Officer ("CRO"), or such other officer of each Company (together, the "Authorized Persons"), is authorized, empowered, and directed, in the name of and on behalf of each Company to execute, verify and file all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefore and to obtain debtor-in-possession financing, and to take, or cause to be taken, such other actions, as in the judgment of such Authorized Person shall be or become necessary, advisable, proper, or desirable in connection with each of the Company's chapter 11 cases, such Authorized Person's performance of any such act and his execution and delivery of any such document, agreement, or instrument to be conclusive evidence of the Authorized Person's approval thereof.

**Use of Cash Collateral**

**BE IT FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company to negotiate with each of the Companies' lenders for the use of cash collateral in form and substance acceptable to the Authorized Persons and negotiate, execute, and file any related motions, documents, or instruments, each on terms and conditions agreed to by each Company and the lenders and such other terms as are customary for similar uses of cash collateral, and to undertake any and all related transactions contemplated thereby.

**Debtor in Possession Financing**

**BE IT FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company to enter into a debtor in possession credit facility pursuant to the terms of a debtor in possession credit agreement in form and substance acceptable to the Authorized Persons, and negotiate, execute, and file any related motions, documents, or instruments, each on terms and conditions agreed to by each Company and the lenders and such other terms as are customary for similar debtor-in-possession facilities and to cause each Company to grant a security interest in connection therewith, and to undertake any and all related transactions contemplated thereby

**Retention of Advisors**

**BE IT FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company, to employ

the law firm of McDonald Hopkins LLC as general bankruptcy counsel to represent and advise the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance their rights and obligations, including filing any pleadings in connection with the chapter 11 cases; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of McDonald Hopkins LLC.

**BE IT FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ Kevin Cleary of Fort Dearborn Partners to provide CRO services and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the chapter 11 cases; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of Kevin Cleary and certain additional personnel employed by Fort Dearborn Partners.

**BE IT FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company, to employ Kroll Restructuring Administration LLC as notice, claims, and balloting agent to assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance their rights and obligations in connection with the chapter 11 cases; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases (and to replenish said retainers as necessary to maintain the same), and cause to be executed and filed an appropriate application with the Bankruptcy Court for authority to retain the services of such firm.

**BE IT FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, hereby authorized, empowered, and directed, in the name of and on behalf of each Company, to employ any other professionals, including attorneys, accountants, financial advisors, investment bankers, and tax advisors, necessary to assist the Companies in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Person is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases, and cause to be executed and filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary.

**<u>Other Authorizations and Ratification</u>**

**BE IT FURTHER RESOLVED**, that the Authorized Persons, and any employees or agents (including counsel) designated by or directed by any such officers be, and each of them hereby is, authorized, empowered, and directed, in the name of and on behalf of each Company, to take any and all other actions as they may deem necessary or advisable to, in each Company's capacity as

stockholder, shareholder, equity holder, managing member, sole member, general partner, limited partner, or member of any of the Companies to cause such Companies to execute, deliver, and perform any of the actions contemplated with respect to the chapter 11 cases and these Resolutions or the transactions contemplated hereby.

**BE IT FURTHER RESOLVED**, that all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done by any Authorized Person or any director, member, employee, legal counsel, or other representative of or advisor to the Companies, in the name and on behalf of the Companies, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified.

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same document.

*[Remainder of Page Intentionally Left Blank]*

Docusign Envelope ID: 47C08A90-FBB6-8D74-8121-6C6506E7E47D

**IN WITNESS WHEREOF**, the undersigned have duly executed this written consent as of the date first above written.

**BOARD OF DIRECTORS OF MERITAGE HOSPITALITY GROUP, INC.**

DocuSigned by:
Robert E. Schermer, Jr.
4B1EFF90A2ED4BE
Robert E. Schermer, Jr.

Signed by:
88F7ACD1212F4A3...
Gary A. Rose

DocuSigned by:
Dirk J. Pruis
B47E8295EBDA4AE...
Dick J. Pruis

Signed by:
Chris A. Armburster
2B7EAC4902AE416...
Chris A. Armburster

Signed by:
John W. Inwright
3848440936E24A0
John W. Inwright