UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**Meritage Hospitality Group Inc.,**

Debtor.

Case No. 26-02947-jwb
Chapter 11

---

In Re:

**MHG Food Service, Inc.,**

Debtor.

Case No. 26-02948-jtg
Chapter 11

---

In Re:

**Wen Tennessee, LLC,**

Debtor.

Case No. 26-02949-jtg
Chapter 11

---

In Re:

**Inspired by Opportunity, LLC,**

Debtor.

Case No. 26-02950-jwb
Chapter 11

---

In Re:

**RES Management, LLC,**

Debtor.

Case No. 26-02951-swd
Chapter 11

---

In Re:

**Wen Ohio, LLC,**

Debtor.

Case No. 26-02952-jtg
Chapter 11

---

In Re:

**Wen Carolinas, LLC,**

Debtor.

Case No. 26-02953-jtg
Chapter 11

---

In Re:

**Wen South, LLC,**

Debtor.

Case No. 26-02954-jwb
Chapter 11

---

In Re:

**Uncommon Hospitality, LLC,**

Debtor.

Case No. 26-02956-swd
Chapter 11

---

In Re:

**Wen Oklahoma, LLC,**

Debtor.

Case No. 26-02957-swd
Chapter 11

---

In re:

**Wen Georgia, LLC,**

Debtor.

Case No. 26-02958-jwb
Chapter 11

---

In re:

**WM Limited Partnership-1998,**

Debtor.

Case No. 26-02959-jtg
Chapter 11

---

In re:

**Wen Virginia, LLC,**

Debtor.

Case No. 26-02960-jwb
Chapter 11

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that A. Todd Almassian of Keller & Almassian, PLC appears as local counsel for Quality Is Our Recipe, LLC, and its affiliates, and pursuant to Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be served in this proceeding, be given to and served upon him at the following address: 230 E. Fulton Street, Grand Rapids, MI 49503.

Respectfully Submitted,
**KELLER & ALMASSIAN, PLC**
*Attorneys for Quality Is Our Recipe, LLC*

Dated: September 17, 2026

By: */s/ A. Todd Almassian*

A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
Nicholas S. Laue (P79260)
Sarah A. LaSata (P86415)
Keller & Almassian, PLC
230 E. Fulton Street
Grand Rapids, MI 49503
(616) 364-2100
talmassian@kalawgr.com
gekdahl@kalawgr.com
nlaue@kalawgr.com
slasata@kalawgr.com