UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re: Case No. BG 26-02947

MERITAGE HOSPITALITY GROUP INC., *et al.*, Chapter 11

Hon. James W. Boyd

Debtors.[1] (Jointly Administered)

______________________________/ /

**NOTICE TO CREDITORS REGARDING REMOTE SECTION 341 MEETING OF CREDITORS**

The United States Trustee gives notice that the 11 U.S.C. § 341 Meeting of Creditors in Meritage Hospitality Group Inc. and the above-captioned jointly administered cases will be conducted ***via Zoom videoconference*** on **October 26, 2026, at 1:00 p.m. (Eastern)**. The United States Trustee will convene the videoconference at the scheduled time and then convene a meeting in each case seriatim until a meeting has been held or adjourned in all cases. Pursuant to 11 U.S.C. § 343, the Debtors shall appear and submit to examination at each of these meetings.

To participate in the Meeting, interested parties should join the Zoom videoconference at https://usdoj-ustp-gov.zoomgov.com/j/16514941748?pwd=sK8B2kAI80BnuxcTtS8aGbxqwBQKgB.1&omn=1654865501, using **Meeting ID 165 1494 1747, Passcode 7761133950**, or by telephone at **(646) 828-7666**. More information, including instructions for joining a meeting, can be found at: https://www.justice.gov/ust/ch11moc.

All parties speaking during the meeting, including the Debtors, Debtors' Counsel, and any creditor asking questions, must appear on camera. Participants shall remain muted until appearances are requested by the United States Trustee. Representatives of the media are permitted to be present, but not to televise, record, or photograph the proceedings or to ask questions at the meeting. Parties who have any questions regarding this procedure should contact the undersigned at the e-mail address below.

Dated: September 23, 2026

ANDREW R. VARA
United States Trustee
Regions 3 and 9

By: /s/Elizabeth K. Patrick___________
Elizabeth K. Patrick (P76398)
Trial Attorney
Office of the U.S. Trustee
125 Ottawa Ave. NW – Ste. 200R
Grand Rapids, MI 49503
(616) 456-2347
Elizabeth.k.patrick@usdoj.gov

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired by Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.