**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **MERITAGE HOSPITALITY GROUP INC., *et al.*,** | ) | **Case No. 26-02947 (JWB)** |
| **Debtors.** | ) | **(Jointly Administered)** |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

1. I, Russell R. Johnson III, pursuant to LBR 9010-3, request admission, *pro hac vice*, before this Court, to represent Appalachian Power Company, Indiana Michigan Power Company, Public Service Company of Oklahoma, Florida Power & Light Company, Georgia Power Company, The Connecticut Light & Power Company, Yankee Gas Service Company, NStar Electric Company, Western Massachusetts, Eversource Gas of Massachusetts, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Toledo Edison Company, DTE Gas and DTE Electric (collectively, the "Utilities") in the above-referenced, jointly-administered, Chapter 11 cases and any and all adversary proceedings and contested matters in which the Utilities are or may become a party.

2. I am admitted, practicing and in good standing before the bar of the Commonwealth of Virginia, United States Bankruptcy and District Courts for the Eastern District of Virginia, the United States Bankruptcy and District Courts for the Western District of Virginia, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Pennsylvania and the United States Courts of Appeal for the 4th, 6th and 8th Circuits.

3. My address is: Law Firm of Russell R. Johnson III, PLC, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103. My telephone number is: (804) 749-8861. My e-mail address is: russell@russelljohnsonlawfirm.com. My Virginia State Bar Number is 31468.

4. I understand that I am bound by all rules, practices, and ethics that are applicable to all other attorneys admitted to practice before the United States Bankruptcy Court for the Western District of Michigan.

5. I agree to pay the fee of $35.00 upon entry of an order admitting me to practice *pro hac vice.*

Dated: September 29, 2026
Manakin-Sabot, Virginia

/s/ Russell R. Johnson III
Russell R. Johnson III, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Phone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com
*Trial Counsel for the Utilities*

and

WARDROP & WARDROP, P.C.

/s/ Robert F. Wardrop II
Robert F. Wardrop II (MI Bar No. 31639)
161 Ottawa Ave NW Suite #400
Grand Rapids, Michigan 49503
Telephone: (616) 459-1225
Email: Robb@wardroplaw.com
*Local Counsel For the Utilities*

**VERIFICATION OF RUSSELL R. JOHNSON III**

Pursuant to LBR 9010-3, I hereby verify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown above; and understand that I shall be bound by all rules, practices, and ethics that are applicable to all other attorneys admitted to practice before the United States District Court for the Western District of Michigan; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules. I further certify that the admission fee of $35.00 has been or promptly will be paid to the Clerk of the Court for the District Court and that I shall tender the admission fee to the Clerk of the United States Bankruptcy Court for the Western District of Michigan within ten (10) days of entry of the Order granting this Motion.

By: /s/ Russell R. Johnson III

Russell R. Johnson III
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Phone: (804) 749-8861
Fax: (804) 749-8862
Email: johncraigg@aol.com

**CERTIFICATE OF SERVICE**

I, Robert F. Wardrop II, hereby certify that on September __, 2026, I caused a true and correct copy of the foregoing *Motion For Admission To Practice, Pro Hac Vice* to be served through the Court's ECF system and by email on the following persons:

Scott N. Opincar
Michael J. Kaczka
Maria G. Carr
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44144
Email: sopincar@mcdonaldhopkins.com, mkaczka@mcdonaldhopkins.com, mcarr@mcdonaldhopkins.com
*Debtors' Counsel*

/s/ Robert F. Wardrop II
Robert F. Wardrop II, Esq. (MI Bar No. 31639)