**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE PURSUANT TO LBR 9010-3(b)**

Pursuant to LBR 9010-3(b), Samuel C. Wisotzkey respectfully requests admission *pro hac vice* to appear as counsel on behalf of Ecolab Inc. ("Ecolab"), in the above-captioned proceeding, and in all contested matters and adversary proceedings arising therein. In support of this Motion, Mr. Wisotzkey states as follows:

1. Mr. Wisotzkey is licensed to practice, and in good standing of the Bar of the State of Wisconsin, and a member of the law firm of Kohner, Mann & Kailas, S.C., with offices at:

| | |
|---|---|
| Address | Barnabas Business Center<br>4650 N. Port Washington Rd.<br>Milwaukee, Wisconsin 53212 |
| Email | swisotzkey@kmksc.com |
| Telephone Number | (414) 961-4831 |

2. Mr. Wisotzkey has been admitted to practice before the following courts:

| Courts | Dates of Admission (month/year) |
|---|---|
| Supreme Court of Arizona | October 1991* |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

| | |
|---|---|
| U.S. District Court for the District of Arizona | March 1992 |
| U.S. Supreme Court | May 1996 |
| U.S. District Court for the Eastern District of Wisconsin | August 1996 |
| U.S. Court of Appeals for the Seventh Circuit | November 1996 |
| Supreme Court of Wisconsin | April 1997 |
| U.S. District Court for the Western District of Wisconsin | January 1998 |
| U.S. District Court for the Northern District of Illinois | January 2003 |
| U.S. District Court for the Central District of Illinois | November 2006 |
| | |

*<u>**Applicant voluntarily elected Inactive Status in Arizona in February 2004.**</u>

3. Mr. Wisotzkey understands that he is bound by all rules, practices, and ethics that are applicable to attorneys admitted to practice before the United States District Court for the Western District of Michigan.

4. As requested by LBR 9010-3(c), upon entry of an order by the United States Bankruptcy Court for the Western District of Michigan granting this Motion, Mr. Wisotzkey will pay the *pro hac vice* fee as required.

5. While not required, Mr. Wisotzkey is sponsored by Steven M. Bylenga of CBH Attorneys & Counselors, PLLC, as local counsel for Ecolab.

WHEREFORE, Mr. Wisotzkey respectfully requests to be admitted *pro hac vice* to practice in the United States District Court for the Western District of Michigan for the above-captioned proceeding, and in all contested matters and adversary proceedings arising therein.

Respectfully Submitted,

Dated: October 13, 2026 By: */s/Samuel C. Wisotzkey*

Samuel C. Wisotzkey
**KOHNER, MANN & KAILAS, S.C.**
Barnabas Business Center
4650 N. Port Washington Rd.
Telephone: (414) 961-4831
swisotzkey@kmksc.com

Dated: October 13, 2026 By: */s/Steven M. Bylenga*

Steven M. Bylenga (P73492)
**CBH ATTORNEYS & COUNSELORS, PPLC**
25 Division Ave. S., Suite 500
Grand Rapids, Michigan 49503
Telephone: (616) 608-3061
sbylenga@cbhattorneys.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the *Motion For Admission Pro Hac Vice Pursuant to LBR 9010*-3, for Samuel C. Wisotzkey to practice *pro hac vice* in the above captioned proceedings,

**IT IS HEREBY ORDERED**, that Samuel C. Wisotzkey is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy case, and any related contested matters or adversary proceedings arising therein, in the United States Bankruptcy Court, Western District of Michigan, subject to payment of the admission fee.

**IT IS SO ORDERED.**

*Prepared and submitted by:*
Steven M. Bylenga
**CBH Attorneys & Counselors**
25 Division Ave. S., Suite 500

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

**END OF ORDER**