**Form NTCREDOC** (07/26)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Meritage Hospitality Group Inc.**<br>45 Ottawa Ave SW<br>Suite 600<br>Grand Rapids, MI 49503<br>Tax ID: 38−2730460<br><br>**Debtor** | **Case Number 26−02947−jwb**<br><br>**Chapter 11**<br><br>**Honorable James W. Boyd** |

## NOTICE REGARDING FILED DOCUMENT

You are hereby notified that the court acknowledges the filing of Motion To Admit Counsel, Alysia Cordova, pro hac vice Filed by Creditors Hale County Appraisal District , Lubbock Central Appraisal District , Midland County (Document # 238) on October 13, 2026 in the above−referenced case. See LBR 5005−2(e).

**Please note the following:**

The Proposed Order does not comply with the EOrder Guidelines for the United States Bankruptcy Court for the Western District of Michigan. Please review the EOrder Guidelines, revise the Proposed Order accordingly and resubmit. *Please allow a 2inch blank margin for Judges signature.

PLEASE TAKE NOTICE that if the errors or deficiencies noted above are not promptly corrected or otherwise addressed, the Clerk may bring the issue to the attention of the assigned judge for appropriate action, which may include holding a hearing, denying the relief requested in the document, or other disposition.

If you have any questions, please contact the ECF Helpdesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov, calling (616) 456−2693 or by using online chat via www.miwb.uscourts.gov.

Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** October 14, 2026

/S/
L Jones
Deputy Clerk

[1] *Aliases for Debtor Meritage Hospitality Group Inc. : Note Jointly Administered [See Dkt. No. 96] with Case No.: 26−02948, 26−02961, 26−02953, 26−02958, 26−02952, 26−02957, 26−02954, 26−02949, 26−02960, 26−02959, 26−02951, 26−02950, 26−02956, 26−02962, Note For Claims Agent register, please see https://restructuring.ra.kroll.com/meritage*