**Form OSTRKCM** (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):

**Meritage Hospitality Group Inc.**
45 Ottawa Ave SW
Suite 600
Grand Rapids, MI 49503
Tax ID: 38−2730460

**Debtor**

**Case Number 26−02947−jwb**

**Chapter 11**

**Honorable James W. Boyd**

# NOTICE STRIKING CLAIM

In the above−noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005−2(c), the following proof of claim presented for filing is deemed defective:

Claim Number: 11

Name of Claimant: Town of Bloomfield

Reason for Defect: Document must be signed with original wet ink signature.

The Claim is not properly signed or verified as required by BR9011. The claim must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A Claim which is timely filed to correct the defect, shall be considered filed as the date that the claim was originally received by the Court.

Michelle M. Wilson
Clerk of Court

**Dated:** October 14, 2026

[1] *Aliases for Debtor Meritage Hospitality Group Inc. : Note Jointly Administered [See Dkt. No. 96] with Case No.: 26−02948, 26−02961, 26−02953, 26−02958, 26−02952, 26−02957, 26−02954, 26−02949, 26−02960, 26−02959, 26−02951, 26−02950, 26−02956, 26−02962, Note For Claims Agent register, please see https://restructuring.ra.kroll.com/meritage*