**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE AND OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE THAT** on October 16, 2026, the above-captioned debtors and debtors in possession (the "Debtors") filed the below pleading:

a. Debtors' Fourth Omnibus Motion for Entry of Order, Authorizing Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of October 16, 2026 [Docket No. 266] (the "Fourth Rejection Motion").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Debtors the relief requested in the Fourth Rejection Motion, then on or before October 30, 2026 at 5:00 p.m., you or your attorney must file with the Court an objection/response at:

United States Bankruptcy Court
Western District of Michigan
1 Division Ave N, Room 200
Grand Rapids, MI 49503

OR your attorney must file a response using the Court's ECF System. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also send a copy of your response either by 1) the Court's ECF System or by 2) first class mail to:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

Scott N. Opincar, Esq.
Michael J. Kaczka, Esq.
Maria G. Carr, Esq.
McDonald Hopkins LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fourth Rejection Motion and may enter an order granting that relief without further hearing or notice.

October 16, 2026

Respectfully submitted,

*<u>/s/ Scott N. Opincar</u>*
**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors*
*and Debtors in Possession*