**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF ORDER, AUTHORIZING REJECTION OF CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF THE FILING DATE**

1. On September 25, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' First Omnibus Motion for Entry of Order, Authorizing Rejection of certain (A) Unexpired Lease of Nonresidential Real Property and (B) Executory Contracts, Effective as of the Date of the Filing Date* [Docket No. 121] (the "First Omnibus Rejection Motion"). Objections to entry of an order approving the relief requested in the First Omnibus Rejection Motion were required to be filed and served by October 9, 2026 (the "Objection Deadline").

2. In accordance with Local Rule 9013(c)(2), the undersigned counsel files this Certificate of No Objection and represents to the Court that: (i) the Objection Deadline has passed; (ii) Quality is Our Recipe, LLC previously filed an objection to the First Omnibus Rejection Motion [Docket No. 198], but undersigned counsel discussed the addition of additional language

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

in the order for the First Omnibus Rejection Motion with counsel for Quality is Our Recipe, LLC, and understands that such objection is resolved with the addition of the additional language included in the proposed order filed at Docket No. 270; and (iii) the undersigned counsel has reviewed the Court's docket and no other objection to the First Omnibus Rejection Motion that has not been resolved appears thereon.

3. Therefore, the Debtors respectfully request entry of the proposed order filed at Docket No. 270.

October 21, 2026

Respectfully submitted,

*/s/ Scott N. Opincar*

**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors*
*and Debtors in Possession*