FILED PM 12:34
2026 OCT 22

MICHELLE M. WILSON
CLERK, USBC MIW

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:
MERITAGE HOSPITALITY GROUP INC., *et al.*,[1]

Debtors.
_______________________________________/

Chapter 11
Case No.: 26-02947 (JWB)
(Jointly Administered)

## MOTION FOR *PRO HAC VICE* ADMISSION OF LISA C. COHEN

Pursuant to Local Rule 9010-3(B) and applicable law, LISA C. COHEN hereby applies for *pro hac vice* admission to appear in the above cases and all contested matters and adversary proceedings arising in these cases on behalf of creditor Mark J. Freitag, Successor Trustee under Declaration of Trust Executed December 11, 1970, Albert Joseph Freitag Sr., and Mary A. Freitag, Trustors d/b/a Oriole Investments, and states as follows:

1. Ms. Cohen is an attorney with the law firm Ruff & Cohen, P.A., located at 4010 Newberry Road, Suite G, Gainesville, FL 32607, telephone number: (352) 376-3601, email: LCohen@ruffcohen.com.

2. Ms. Cohen is a member in good standing of the bar of the state of Florida since 1986 (Bar No. 558291). Ms. Cohen is also admitted to practice as an active member in good standing in the following courts:

Middle District of Florida District Court since 1986
Northern District of Florida District Court since 1987
Southern District of Florida District Court since 1997

3. Ms. Cohen has not been suspended from the practice of law in any jurisdiction.

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); Wen Tennessee, LLC (2477); Inspired by Opportunity, LLC (3681); RES Management, LLC (9105); Wen Ohio, LLC (5959); Wen Carolinas, LLC (3792); Wen South, LLC (1229); Wen Oklahoma, LLC (5959); Wen Georgia, LLC (7369); WM Limited Partnership-1998 (9989); Wen Virginia, LLC (2840); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and mailing address for Debtors is 45 Ottawa Avenue SW, Suite 600, Grand Rapids, Michigan 49503.

Ms. Cohen has not received any public reprimand by the highest disciplinary authority of any bar in which she has been a member.

4. Ms. Cohen understands that she is bound by all rules, practices, and ethics that are applicable to attorneys admitted to practice before the United States District Court for the Western District of Michigan.

5. The *pro hac vice* fee will be tendered to the Clerk of the Bankruptcy Court within fourteen (14) days of entry of an order granting admission.

WHEREFORE, Lisa Cohen respectfully requests that this Court enter an order granting her request for *pro hac vice* admission to the bar of this Court in the above referenced matters.

Respectfully submitted,

October 13, 2026

RUFF & COHEN, P.A.

By: /s/ Lisa C. Cohen Lisa C Cohen

Lisa C. Cohen (FL Bar #558291)
4010 Newberry Road, Suite G
Gainesville, FL 32607
Telephone: (352) 376-3601
lcohen@ruffcohen.com
Attorneys for Mark J. Freitag, Successor Trustee under Declaration of Trust Executed December 11, 1970, Albert Joseph Freitag Sr., and Mary A. Freitag, Trustors d/b/a Oriole Investments