**Schedule 1**
**List of Rejected Leases** [6]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Wen Virginia LLC | Stepping Stones Management, Inc. | 640 Southside Plaza Street, Richmond VA 23224 | Lease Agreement<br>Store #273 Spring Creek<br>441 Market Street<br>Zion Crossroads, VA 22942 | 9/25/26 |
| 2 | Wen South LLC | Stillwell Properties, LLC | 1100 E. 156th Street, Bronx, NY 10474 | Lease Agreement<br>Store #120<br>1175 Dunn Avenue<br>Jacksonville, FL 32218 | 9/25/26 |
| 3 | Inspired by Opportunity LLC | Mahashiv 1 Enterprises, LLC<br><br>2Wishes24 TX, LLC | 10524 Variel Ave., Chatsworth, CA 91311<br><br>21405 Devonshire Street, Suite 209, Chatsworth, CA 91311 | Lease Agreement<br>Store #444<br>301 College Avenue<br>Levelland, TX 79336 | 9/25/26 |
| 4 | Wen South LLC | The Robert S. Weiss Family Limited Partnership II | 5005 Collins Avenue, Apt 210, Miami Beach, Florida 33140<br><br>Solomon, Cooperman & Recondo, LLP, 1101 Brickell Avenue, Suite N1101, Miami, FL 33131 | Lease Agreement<br>Store #154<br>2525 South Monroe Street<br>Tallahassee, FL 32301 | 9/25/26 |

6 The Rejected Leases referenced herein include any amendments, modifications, subleases, termination agreements, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 5 | Wen Oklahoma LLC | Michael J. and Frances F. Hillsman, husband and wife, d/b/a Hillsman Properties | 1006 W. Taft #350, Sapulpa, Oklahoma 74066 | Lease Agreement<br>Store 192<br>2418 West Main Street<br>Durant, Oklahoma 74701 | 9/25/26 |

**Schedule 2**
**List of Rejected Contracts** [7]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 6 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #154<br>2525 South Monroe Street<br>Tallahassee, FL 32301 | 9/25/26 |
| 7 | Inspired by Opportunity LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #444<br>301 College Avenue<br>Levelland, TX 79336 | 9/25/26 |
| 8 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #120<br>1175 Dunn Avenue<br>Jacksonville, FL 32218 | 9/25/26 |
| 9 | Wen Oklahoma LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store 192<br>2418 West Main Street<br>Durant, Oklahoma 74701 | 9/25/26 |
| 10 | Wen Virginia LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #273 Spring Creek<br>441 Market Street<br>Zion Crossroads, VA 22942 | 9/25/26 |

[7] The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.