**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN (A) UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) EXECUTORY CONTRACTS, EFFECTIVE AS OF OCTOBER 23, 2026**

*(Related to Docket No. _)*

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing, but not directing, the Debtors to reject certain (i) unexpired leases for non-residential real property, set forth on Schedule 1 hereto (such leases, collectively, the "Rejected Leases") and (ii) executory contracts set forth on Schedule 2 hereto (such contracts, collectively, the "Rejected Contracts" and, together with the Rejected Leases, the "Rejected Agreements"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT,

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases and Rejected Contracts set forth on **Schedule 1** and **Schedule 2** hereto, respectively, shall be deemed rejected by the Debtors effective as of the Filing Date.

3. To the extent possession of any premises subject to the Rejected Leases has not been surrendered to the applicable landlord(s) as of the Filing Date, the Debtors shall surrender possession by no later than the date this Order is entered.

4. The Debtors shall: (i) within 10 days beginning from the date of entry of this Order, select and identify any and all property of the Debtors located at the premises subject to the Rejected Leases that the Debtors intend to retain (the "Retained Property"), subject to future disposition, (ii) within 10 days beginning from the date of entry of this Order, provide written notice of any such Retained Property to the counterparty(ies) to the applicable Rejected Lease(s) and to the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases, and (iii) within 30 days beginning from the date of entry of this Order, remove such Retained Property from the Rejected Premises. Any and all other property located on the premises subject to the Rejected Leases (the "Abandoned Property") shall be deemed abandoned, effective as of the Filing Date, pursuant to section 554 of the Bankruptcy Code, free and clear of all liens, claims,

encumbrances, or interests, and the counterparties to the Rejected Leases may, in their sole discretion and without further notice to or order of this Court or notice to any party, utilize and/or dispose of such Abandoned Property without further notice or liability to the Debtors or any third parties and, to the extent applicable, the automatic stay imposed by section 362 of the Bankruptcy Code is hereby modified, effective immediately, to allow such use and/or disposition. All rights of landlords to file a claim for the costs of storage of any Retained Property and/or the costs of disposal of any Abandoned Property are fully reserved, as are the rights of any party in interest to object to such claims.

5. Nothing in this Order shall affect, impair, or prejudice any counterparty's rights with respect to any security deposit, letter of credit, guaranty, or other collateral or credit support held by such counterparty in connection with a Rejected Agreement, including, but not limited, to: (a) any counterparty's right to retain or seek to apply or set off any security deposit held by such counterparty against any amounts owed by the Debtors under the applicable Rejected Agreement, whether arising before or after the Petition Date; (b) any counterparty's right to draw upon or make a claim under any letter of credit issued for the benefit of such counterparty in connection with a Rejected Agreement; and (c) any counterparty's rights against any guarantor of a Rejected Agreement, which rights are not released, impaired, or affected by this Order.

6. Nothing in this Order shall affect, impair, or prejudice any counterparty's rights with respect to any security deposit, letter of credit, guaranty, or other collateral or credit support held by such counterparty in connection with a Rejected Agreement, including, but not limited, to: (a) any counterparty's right to retain or seek to apply or set off any security deposit held by such counterparty against any amounts owed by the Debtors under the applicable Rejected Agreement, whether arising before or after the Petition Date; (b) any counterparty's right to draw upon or make

a claim under any letter of credit issued for the benefit of such counterparty in connection with a Rejected Agreement; and (c) any counterparty's rights against any guarantor of a Rejected Agreement, which rights are not released, impaired, or affected by this Order.

7. Any person or entity that holds a claim arising from the rejection of the Rejected Agreements must file a proof of claim for rejection damages claims, if any, on or before the later of: (a) the general deadline established for filing proofs of claim for these Chapter 11 Cases and (b) forty-five (45) days after the entry of this Order, or else be forever barred from asserting such claim.

8. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising from the rejection of a Rejected Agreement, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular agreement is terminated and is no longer an executory contract.

9. Notwithstanding the above, the deadline for QIOR or any of its affiliates to file a proof of any claim relating to any of the Rejected Agreements shall be the later of: (a) the general deadline established for filing proofs of claim for these Chapter 11 Cases; (b) thirty days after the entry of any final order resolving the dispute regarding QIOR's alleged prepetition termination of the Franchise Agreements (if such order is entered by February 28, 2027); or (c) March 31, 2027. Nothing in this Order shall constitute or be construed as a determination of the date, validity, or effectiveness of any termination of the Franchise Agreements, or of the parties' respective rights and arguments arising from or related to any alleged pre-petition termination.

10. Notwithstanding anything to the contrary in the Motion or this Order, nothing in

this Order shall (a) constitute an adjudication or determination of the amount, validity, or priority of any claim asserted by any counterparty to a Rejected Agreement, including but not limited to any rejection damage claim, administrative expense claim, or any other claim arising under the Rejected Agreement or applicable law; (b) waive, limit, or prejudice any counterparty's right to assert a claim for administrative expenses pursuant to 11 U.S.C. §§ 503(b)(1) or 365(d)(3) for any obligations arising under the Rejected Agreements, including, without limitation, any administrative expense claims arising under the Rejected Leases during the period from and after the Petition Date through and including the date the applicable leased premises are actually surrendered to such counterparty, and all such rights are expressly reserved; and/or (c) waive, limit, or prejudice any claims, defenses, rights, or causes of action that any counterparty to one or more Rejected Agreements may have against the Debtors or their estates under such Rejected Agreements, the Bankruptcy Code, or other applicable law.

11. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume or adopt any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the

Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

12. The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

13. Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

14. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

15. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

16. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

*Order prepared and submitted by:*

**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors*
*and Debtors in Possession*

**Schedule 1**
**List of Rejected Leases**[1]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Wen Tennessee, LLC | 59 Graham Ave LLC – Gitlitz, Bernard | 23 Canvasback Road, Manalapan, NJ 07726 | Lease Agreement<br>Store - Highway 64<br>7920 Highway 64<br>Bartlett, TN 38133 | 10/23/26 |
| 2 | Uncommon Hospitality, LLC | 488 Properties, Inc. | 510 Meadowmont Village Circle, PMB#245, Chapel Hill, NC 27517 | Lease Agreement<br>Store 428-Advance<br>147 NC Highway 801<br>Advance, NC 27006 | 10/23/26 |
| 3 | Wen Oklahoma, LLC | 1515 West, LLC | 1515 West LLC, 5300 Beethoven Street, 2nd Floor, Los Angeles, CA 90066 | Lease Agreement<br>Store 186-Norman<br>1908 W. Main Street<br>Norman, OK 73069 | 10/23/26 |
| 4 | Wen South, LLC | 3910 University Boulevard Owner LLC | 3910 University Boulevard Owner, LLC, 179 East 79th Street, Apt. 12C, New York, NY 10075 | Lease Agreement<br>Store 58-Powers<br>3910 University Boulevard. W. Powers<br>Jacksonville, FL 32217 | 10/23/26 |
| 5 | Inspired by Opportunity, LLC | 5111 98th Street Owner LLC - Redhead, Wendy | 5111 98th Street Owner LLC, 123 Spring Street, Massapequa, NY 11758;<br>220 East 42nd Street, 29th Floor, New York, NY 10017 | Lease Agreement<br>Store 0349-98th & Slide Road<br>5111 98th Street<br>Lubbock TX 79424 | 10/23/26 |

[1] The Rejected Leases referenced herein include any amendments, modifications, subleases, termination agreements, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 6 | WM Limited Partnership - 1998 | 5796 Gull Road LLC - Laskey, Gerald L | 936 Intracoastal Drive #15H, Ft. Lauderdale, FL 33304 | Lease Agreement<br>Store - Gull Rd<br>5796 Gull Road<br>Kalamazoo, MI 49048 | 10/23/26 |
| 7 | Wen South, LLC | ACV Three Jax, LLC | ACV Three Jax, LLC, c/o A & C Ventures, Inc., 465 First Street West, 2nd Floor, Sonoma, CA 95476 | Lease Agreement<br>Store #83-Normandy<br>7211 Normandy Blvd.<br>Jacksonville, FL 32205 | 10/23/26 |
| 8 | Wen Tennessee, LLC | American Flyer TN1, LLC | P.O. Box 15005, Newport Beach, CA 92659 | Lease Agreement<br>Store - Poplar West<br>7569 Poplar Avenue<br>Germantown, TN 38138 | 10/23/26 |
| 9 | Meritage Hospitality Group Inc. (as guarantor) | A & R Development II LLC | 130 60th Street SW, Grand Rapids, MI 49548 | Lease Agreement<br>Store #5033-68th & Broadmoor<br>6722 Broadmoor Ave. SE,<br>Caledonia, MI 49316 | 10/23/26 |
| 10 | Wen Tennessee, LLC | Ashley Daily - Daily, Deanna L | 419 East Sunny Hills Road, Fullerton, CA 92835 | Lease Agreement<br>Store - S. Jackson<br>1646 S. Highland Avenue<br>Jackson, TN 38301 | 10/23/26 |
| 11 | Wen Ohio, LLC | Betty Louie | 15 25th Avenue, San Francisco, CA 94121; 58 Maiden Lane, 2nd Floor, San Francisco, CA | Lease Agreement<br>Store - Stickney<br>3465 Stickney Avenue<br>Toledo, OH 43608 | 10/23/26 |
| 12 | Uncommon Hospitality, LLC | Bruce 2, LLC | 4705 Center Boulevard, Apt. 2209, Long Island City, Queens, NY 11109 | Lease Agreement<br>Store - Market<br>4805 W. Market Street,<br>Greensboro, NC 27407 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 13 | Inspired by Opportunity, LLC | C and T Andrews Highway Property LLC | 4028 Chamberer Drive, San Jose, CA 95135 | Lease Agreement<br>Store - Cuthbert<br>902 Andrews Highway<br>Midland, TX 79701 | 10/23/26 |
| 14 | Uncommon Hospitality, LLC | Caren J Durante | 12 Tarragona Ct., St. Augustine, FL 32086 | Lease Agreement<br>Store - Clemmons<br>6400 Sessions Court<br>Clemmons, NC 27012 | 10/23/26 |
| 15 | Inspired by Opportunity, LLC | Cedar of New England, Ltd., L.L.C | 1328 Dublin Road, Suite 200, Columbus, OH 43215; 1328 Dublin Road, 2nd Floor, Columbus, OH 43215 | Lease Agreement<br>Store - West Farms<br>331 South Road<br>Farmington, CT 06032 | 10/23/26 |
| 16 | OCM Development, LLC | Christina Enterprises - San Fernando, LLC | 8155 Lankershim Blvd., North Hollywood, CA 91605-1612 | Lease Agreement<br>Store #1005-Morning Belle Belleville<br>9729 Belleville Road<br>Belleville, MI 48111 | 10/23/26 |
| 17 | Wen South, LLC | CSC Holdings, LLC | 2776 S. Beverly Glen Blvd, Apt 303, Los Angeles, CA 90064 | Lease Agreement<br>Store #0073-JTB<br>7102 Bonneval Road<br>Jacksonville, FL 32256 | 10/23/26 |
| 18 | Wen South, LLC | DACF Investments One Limited Liability Company | 20 Harrison Avenue, Waldwick, NJ 07463 | Lease Agreement<br>Store #0062-103rd<br>6238 103rd Street<br>Jacksonville, FL 32210 | 10/23/26 |
| 19 | Wen Georgia, LLC | DCT Holdings, LLC | 1860 Marina Circle, North Fort Myers, FL 33903 | Lease Agreement<br>Store #0103-Eagles Landing (A)<br>1777 Rock Quarry Rd<br>Stockbridge, GA 30281 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 20 | Wen South, LLC | Double Stack LLC | 4722 Bocaire Boulevard, Boca Raton, FL 33487;<br><br>11360 Cherry Canyon Court, Boynton Beach, FL 33473 | Lease Agreement<br>Store #0387-Beachwalk<br>795 County Road 210 W<br>Saint Johns, FL 32259 | 10/23/26 |
| 21 | Uncommon Hospitality, LLC | East Broadway Apartments, LLC | PO Box 1347, Roslyn Heights, NY 11577;<br><br>66 Mineola Ave #1347, Roslyn Heights, NY 11577. | Lease Agreement<br>Store - Battle Ave.<br>2517 Battleground Avenue<br>Greensboro, NC 27408 | 10/23/26 |
| 21 | Inspired by Opportunity, LLC | Elaine Landis as Trustee of the Elaine Property Trust | 6505 Ocean Front Walk, Playa Del Rey, CA 90293;<br><br>5348 Vegas Drive, Suite 1431, Las Vegas, NV 89108 | Lease Agreement<br>Store - Andrews<br>709 S. Main St.<br>Andrews, TX 79714 | 10/23/26 |
| 23 | Wen Georgia, LLC | BRJ Investments, LLC | 255 Overland Trail, McDonough, GA 30252 | Lease Agreement<br>Store - Keys Ferry<br>273 Keys Ferry Street<br>McDonough, GA 30253 | 10/23/26 |
| 24 | Wen Tennessee, LLC | HA Investments, LLC | 50 Starmont Lane, Danville, CA 94526 | Lease Agreement<br>Store #0231-Dyersberg<br>2485 Lake Drive<br>Dyersburg, TN 38024 | 10/23/26 |
| 25 | Wen South, LLC | Hai, Kuen | 51 Warren Road, West Orange, NJ 07052 | Lease Agreement<br>Store #0059-University & Atlantic | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | 1616 University Boulevard S.<br>Jacksonville, FL 32216 | |
| 26 | Wen South, LLC | Janice Feldman | 1 Hughes Center Drive, Suite 1802, Las Vegas, NV 89169 | Lease Agreement<br>Store #0124-Blanding<br>1110 Blanding Blvd<br>Jacksonville, FL 32065 | 10/23/26 |
| 27 | Inspired by Opportunity, LLC | J.B. Dodge Company, LLC | P.O. Box 1318, Coeur d'Alene, Idaho 83816 | Lease Agreement<br>Store - Hereford<br>1100 West 1st Street<br>Hereford, TX 79045 | 10/23/26 |
| 28 | Wen Ohio, LLC | J&J Legacy Properties, LLC | 850 Powell Street #803, San Francisco, CA 94108 | Lease Agreement<br>Store - W. Central<br>5560 W. Central Avenue<br>Toledo, OH, 43615 | 10/23/26 |
| 29 | Wen Virginia, LLC | Jean & Shevel, LLC - Siff, Robert | 7748 Midlothian Turnpike, Richmond, VA 23235 | Lease Agreement<br>Store - Cloverleaf<br>7802 Midlothian Turnpike<br>Richmond, VA 23235 | 10/23/26 |
| 30 | Wen Georgia, LLC | John Roper and Betty Roper | 830 Winters Road, Rockmart, GA 30153 | Lease Agreement<br>Store - South Sugarloaf<br>3400 Sugarloaf Parkway<br>Lawrenceville, GA 30044 | 10/23/26 |
| 31 | Wen Tennessee, LLC | JPGD LLC - Allaf, John | 625 South Hill St #142, Los Angeles, CA 90014 | Lease Agreement<br>Store #0222-Horn Lake<br>718 Goodman Road West<br>Horn Lake, MS 38637 | 10/23/26 |
| 32 | Wen Tennessee, LLC | Judith L. Brown Marital Trust - Brown, Judith L | 3064 E. Broadway, Long Beach, CA 90803 | Lease Agreement<br>Store - Parker Rd<br>2308 E. Parker Road<br>Jonesboro, AR 72404 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 33 | WM Limited Partnership - 1998 | Linda M. Arment - Belida, Stephen | 62 Indian Trail, Brookfield, CT 06804 | Lease Agreement<br>Store - Holton Rd<br>1756 N. Getty Road<br>Muskegon, MI 49445 | 10/23/26 |
| 34 | Wen Oklahoma, LLC | Masri Group LLC | 5720 Pontiac Trail, Orchard Lake, MI 48323 | Lease Agreement<br>Store #0193-Yukon<br>1170 Garth Brooks<br>Yukon, OK 73099 | 10/23/26 |
| 35 | Wen South, LLC | Millspaugh Real Estate Investments, LLC | 1840 Travis Road, West Palm Beach, FL 33406 | Lease Agreement<br>Store - Julington Creek<br>2754 Race Track Road<br>Jacksonville, FL 32259 | 10/23/26 |
| 36 | Wen Georgia, LLC | NADG NNN Wen (SMT-GA) LP | 3131 McKinney Avenue, Suite L10, Dallas, TX 75204 | Lease Agreement<br>Store #0134-Hairston<br>1235 S. Hairston Road<br>Stone Mountain, GA 30088 | 10/23/26 |
| 37 | Uncommon Hospitality, LLC | NC Wendys LLC | 505 Lighthouse Lane, Southold, NY 11971 | Lease Agreement<br>Store - University<br>5713 University Parkway<br>Winston-Salem, NC 27105 | 10/23/26 |
| 38 | Wen Virginia, LLC | Ocean Desert Sales, Inc. | 1004 New Road, Northfield, NJ 08225 | Lease Agreement<br>Store - Chesterfield<br>11235 Midlothian Turnpike<br>Richmond, VA 23235 | 10/23/26 |
| 39 | Wen Tennessee, LLC | QSR Arlington TN LLC - Demenus, Marlena | 6511 Fresh Meadow Lane, Flushing, NY 11365; 110 Forster Place, Melville, NY 11747 | Lease Agreement<br>Store - Houston Levee & 64<br>9981 Hwy 64<br>Arlington, TN 38002 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 40 | OCM Development, LLC | Rooster Ventures, LLC | 45 Ottawa Ave. SW, Suite 600, Grand Rapids, MI 49503 | Lease Agreement<br>Store #1006-Morning Belle Chesterfield<br>45225 Marketplace Boulevard<br>Chesterfield, MI 48051 | 10/23/26 |
| 41 | Inspired by Opportunity, LLC | RS AZ Investments LLC | 225 E. Germann Rd., Ste. 150, Gilbert, Arizona 85297 | Lease Agreement<br>Store - Rankin<br>2000 Rankin Highway<br>Midland, TX 79701 | 10/23/26 |
| 42 | Chicken Ventures LLC | SP BOJ QSR Investor I LLC | 450 Lexington Avenue, #4539<br>New York, NY 10163 | Lease Agreement<br>Store #2002-Monroe<br>424 N. Telegraph Road<br>Monroe, MI | 10/23/26 |
| 43 | Chicken Ventures LLC | SP BOJ QSR Investor I LLC | 450 Lexington Avenue, #4539<br>New York, NY 10163 | Lease Agreement<br>Store #2003-Cadillac<br>1770 N. Mitchell Street<br>Cadillac, MI | 10/23/26 |
| 44 | Chicken Ventures LLC | SP BOJ QSR Investor I LLC | 450 Lexington Avenue, #4539<br>New York, NY 10163 | Lease Agreement<br>Store #2004-Kettering 4045 Wilmington Pike<br>Kettering, OH | 10/23/26 |
| 45 | Chicken Ventures LLC | SP BOJ QSR Investor I LLC | 450 Lexington Avenue, #4539<br>New York, NY 10163 | Lease Agreement<br>Store #2005-West Chester 8155 Highland Pointe Drive<br>West Chester, OH | 10/23/26 |
| 46 | WM Limited Partnership - 1998 | Stars Real Estate, LLC | P.O. Box 247 / 440 West Division St., Sparta, MI 49345 | Lease Agreement<br>Store - Alpine C-Store<br>5960 Alpine Avenue<br>Alpine Township, MI 49321 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 47 | Wen Georgia, LLC | Supreme Properties, LLC - Lee, Robert | 2199 Brooke Farms Trail, Dunwoody, GA 30338 | Lease Agreement<br>Store #0119-Buford<br>4365 Buford Dr.<br>Buford, GA 30518 | 10/23/26 |
| 48 | Wen South, LLC | TFSR Properties, LLC - Ruzehaji, Kurban | 308 Orient Way, Rutherford, NJ 07070; 6900 Roustein Ave., Unit 7, North Bergen, NJ 07047 | Lease Agreement<br>Store - US Hwy 1 South<br>1830 U.S. Highway 1 South<br>St. Augustine, FL 32084 | 10/23/26 |
| 49 | Wen Oklahoma, LLC | The Hans and Zita Hirth Trust dated 02/16/2012 - Hirth, Zita | 3681 Seaflower Lane, Oceanside, CA 92056 | Lease Agreement<br>Store - Weatherford<br>1009 E Main St.<br>Weatherford, OK 73096 | 10/23/26 |
| 50 | Wen South, LLC | Theodore Roux and Betty Roux | 4854 SW 72nd Avenue, Miami, FL 33155 | Lease Agreement<br>Store - San Jose<br>12524 San Jose Blvd.<br>Jacksonville, FL 32223 | 10/23/26 |
| 51 | Wen Oklahoma, LLC | The Stephen C. Millen Family Trust - Millen, Stephen C | 2251 Santiago Drive, Newport Beach, CA 92660 | Lease Agreement<br>Store #0194-Mustang<br>901 E. State Highway 152<br>Mustang, OK 73064 | 10/23/26 |
| 52 | Wen Virginia, LLC | UG2 Meadowbrook VA, LP | 1021 East Cary Street, Suite 2001, Richmond, VA 23219; 1000 4th Street, Suite 290, San Rafael, CA 94965 | Lease Agreement<br>Store - Meadowbrook<br>5620 Hopkins Road<br>Richmond, VA 23234 | 10/23/26 |
| 53 | Wen South, LLC | Velasco Limited Partnership Holdings, Inc | 6810 SW 112th Street, Pinecrest, FL 33156; P.O. Box 2749, Miami, FL 33144 | Lease Agreement<br>Store - A1A<br>400 3rd Street South<br>Jacksonville Beach, FL 32250 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 54 | Wen Ohio, LLC | Vereit Operating Partnership LP | 11995 El Camino Real, San Diego, CA 92130 | Lease Agreement<br>Store - Swanton<br>14180 Airport Highway<br>Swanton, OH 43558 | 10/23/26 |
| 55 | Wen South, LLC | Vereit Operating Partnership LP | 11995 El Camino Real, San Diego, CA 92130 | Lease Agreement<br>Store #0155-Capital Circle<br>2122 Capital Circle NE<br>Tallahassee, FL 32308 | 10/23/26 |
| 56 | Wen Oklahoma, LLC | Vereit Operating Partnership LP | 11995 El Camino Real, San Diego, CA 92130 | Lease Agreement<br>Store #0177-Ponca City<br>700 North 1st Street<br>Ponca City, OK 74601 | 10/23/26 |
| 57 | Inspired by Opportunity, LLC | VMI Management Inc | 3233 Delta Road, San Jose, CA 95135; 3240 South White Road #285, San Jose, CA 95148 | Lease Agreement<br>Store - Plainview 1509 North Interstate Highway 27<br>Plainview, TX 79072 | 10/23/26 |
| 58 | Inspired by Opportunity, LLC | Wendy’s Old Fashioned Hamburgers of New York, LLC c/o The Wendy’s Company | PO Box 256, 4288 W. Dublin-Granville Road, Dublin, Ohio 43017; PO Box 256, Dublin, Ohio 43017 | Sublease Agreement<br>Store - Wallingford<br>674 N. Colony Road<br>Wallingford, CT 06492 | 10/23/26 |
| 59 | Wen South, LLC | Wendy’s Pensacola Street, LLC - Goodwin, Ella | P.O. Box 16157, Tallahassee, FL 32317; 2123 Centre Pointe Blvd., Tallahassee, FL 32308; 313 N. Monroe St., Suite 301, Tallahassee, FL 32301 | Lease Agreement<br>Store #0152-Pensacola St<br>1950 West Pensacola Street<br>Tallahassee, FL 32304 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 60 | Wen South, LLC | Wendy's Properties Inc. | One Dave Thomas Boulevard, Dublin, OH 43017 | Sublease Agreement<br>Store - Bannerman<br>3451 Bannerman Road<br>Tallahassee, FL 32312 | 10/23/26 |
| 61 | Uncommon Hospitality | Wendy's Properties, LLC | 4288 W. Dublin-Granville Road, Dublin, OH 43017 | Lease Agreement<br>Store #0417-Shannon<br>3107 Shannon Road<br>Durham, NC 27707 | 10/23/26 |
| 62 | Inspired by Opportunity | Wendy's Properties, LLC c/o The Wendy's Company | 4288 W. Dublin-Granville Road, Dublin, OH 43017 | Sublease Agreement<br>Store #0316-Universal Drive<br>160 Universal Drive North<br>North Haven, CT 06473 | 10/23/26 |
| 63 | Wen South, LLC | Wen Nocatee, LLC - Fewell, Carole A | Wen Nocatee, LLC, 11883 Maidstone Drive, Wellington, FL 33414 | Lease Agreement<br>Store - Nocatee<br>153 Capital Green Drive<br>Ponte Vedra, FL 32081 | 10/23/26 |

**Schedule 2**
**List of Rejected Contracts**[1]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 64 | Wen Tennessee, LLC | 59 Graham Ave LLC – Gitlitz, Bernard | 23 Canvasback Road, Manalapan, NJ 07726 | Lease Termination Agreement<br>Store - Highway 64<br>7920 Highway 64<br>Bartlett, TN 38133 | 10/23/26 |
| 65 | WM Limited Partnership - 1998 | 5796 Gull Road LLC - Laskey, Gerald L | 936 Intracoastal Drive #15H, Ft. Lauderdale, FL 33304 | Lease Termination Agreement<br>Store - Gull Rd<br>5796 Gull Road<br>Kalamazoo, MI 49048 | 10/23/26 |
| 66 | Wen Ohio, LLC | Betty Louie | 15 25th Avenue, San Francisco, CA 94121;<br><br>58 Maiden Lane, 2nd Floor, San Francisco, CA | Lease Termination Agreement<br>Store - Stickney<br>3465 Stickney Avenue<br>Toledo, OH 43608 | 10/23/26 |
| 67 | Wen Georgia, LLC | BRJ Investments, LLC | 255 Overland Trail, McDonough, GA 30252 | Lease Termination Agreement<br>Store - Keys Ferry<br>273 Keys Ferry St.<br>McDonough, GA 30253 | 10/23/26 |
| 68 | Inspired by Opportunity, LLC | C and T Andrews Highway Property LLC | 4028 Chamberer Drive, San Jose, CA 95135 | Lease Termination Agreement<br>Store - Cuthbert<br>902 Andrews Highway, Midland, TX 79701 | 10/23/26 |

[1] The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| | | | | | |
|---|---|---|---|---|---|
| 69 | Uncommon Hospitality, LLC | Caren J Durante | 12 Tarragona Ct., St. Augustine, FL 32086 | Lease Termination Agreement<br>Store - Clemmons<br>6400 Sessions Court, Clemmons, NC 27012 | 10/23/26 |
| 70 | Inspired by Opportunity, LLC | Cedar of New England, Ltd., L.L.C | 1328 Dublin Road, Suite 200, Columbus, OH 43215; 1328 Dublin Road, 2nd Floor, Columbus, OH 43215 | Lease Termination Agreement<br>Store - West Farms<br>331 South Road<br>Farmington, CT 06032 | 10/23/26 |
| 71 | Wen South, LLC | DACF Investments One Limited Liability Company | 20 Harrison Avenue, Waldwick, NJ 07463 | Lease Termination Agreement<br>Store #0062-103rd<br>6238 103rd Street<br>Jacksonville, FL 32210 | 10/23/26 |
| 72 | Wen South, LLC | Double Stack LLC | 4722 Bocaire Boulevard, Boca Raton, FL 33487<br><br>11360 Cherry Canyon Court, Boynton Beach, FL 33473 | Lease Termination Agreement<br>Store #0387-Beachwalk<br>795 County Road 210 W.<br>Saint Johns, FL 32259 | 10/23/26 |
| 73 | Uncommon Hospitality, LLC | East Broadway Apartments, LLC | PO Box 1347, Roslyn Heights, NY 11577;<br><br>66 Mineola Ave #1347, Roslyn Heights, NY 11577 | Lease Termination Agreement<br>Store - Battle Ave.<br>2517 Battleground Avenue<br>Greensboro, NC 27408 | 10/23/26 |
| 74 | Wen Tennessee, LLC | HA Investments, LLC | 50 Starmont Lane, Danville, CA 94526 | Lease Termination Agreement<br>Store #0231-Dyersberg<br>2485 Lake Drive<br>Dyersburg, TN 38024 | 10/23/26 |
| 75 | Inspired by Opportunity, LLC | J.B. Dodge Company, LLC | P.O. Box 1318, Coeur d'Alene, Idaho 83816 | Lease Termination Agreement<br>Store - Hereford | 10/23/26 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 1100 West 1st Street<br>Hereford, TX 79045 | |
| 76 | Wen South, LLC | Janice Feldman | 1 Hughes Center Drive, Suite 1802, Las Vegas, NV 89169 | Lease Termination Agreement<br>Store #0124-Blanding<br>1110 Blanding Blvd<br>Jacksonville, FL 32065 | 10/23/26 |
| 77 | Wen Virginia, LLC | Jean & Shevel, LLC - Siff, Robert | 7748 Midlothian Turnpike, Richmond, VA 23235 | Lease Termination Agreement<br>Store - Cloverleaf<br>7802 Midlothian Turnpike<br>Richmond, VA 23235 | 10/23/26 |
| 78 | Wen Georgia, LLC | John Roper and Betty Roper | 830 Winters Road, Rockmart, GA 30153 | Lease Termination Agreement<br>Store - South Sugarloaf<br>3400 Sugarloaf Parkway<br>Lawrenceville, GA 30044 | 10/23/26 |
| 79 | Wen South, LLC | Millspaugh Real Estate Investments, LLC | 1840 Travis Road, West Palm Beach, FL 33406 | Lease Termination Agreement<br>Store - Julington Creek 2754 Race Track Road<br>Jacksonville, FL 32259 | 10/23/26 |
| 80 | Wen Georgia, LLC | NADG NNN Wen (SMT-GA) LP | 3131 McKinney Avenue, Suite L10, Dallas, TX 75204 | Lease Termination Agreement<br>Store #0134-Hairston<br>1235 S. Hairston Road<br>Stone Mountain, GA 30088 | 10/23/26 |
| 81 | Wen Virginia, LLC | Ocean Desert Sales, Inc. | 1004 New Road, Northfield, NJ 08225 | Lease Termination Agreement<br>Store - Chesterfield<br>11235 Midlothian Turnpike<br>Richmond, VA 23235 | 10/23/26 |
| 82 | Wen South, LLC | TFSR Properties, LLC - Ruzehaji, Kurban | 308 Orient Way, Rutherford, NJ 07070<br><br>6900 Roustein Ave., Unit 7, North Bergen, NJ 07047 | Lease Termination Agreement<br>Store - US Hwy 1 South 1830 U.S. Highway 1 South, St. Augustine, FL 32084 | 10/23/26 |

| | | | | | |
|---|---|---|---|---|---|
| 84 | Wen Oklahoma, LLC | The Hans and Zita Hirth Trust dated 02/16/2012 - Hirth, Zita | 3681 Seaflower Lane, Oceanside, CA 92056 | Lease Termination Agreement<br>Store - Weatherford<br>1009 E Main St.<br>Weatherford, OK 73096 | 10/23/26 |
| 85 | Wen Oklahoma, LLC | The Stephen C. Millen Family Trust - Millen, Stephen C | 2251 Santiago Drive, Newport Beach, CA 92660 | Lease Termination Agreement<br>Store #0194-Mustang<br>901 E. State Highway 152<br>Mustang, OK 73096 | 10/23/26 |
| 86 | Wen South, LLC | Theodore Roux and Betty Roux | 4854 SW 72nd Avenue, Miami, FL 33155 | Lease Termination Agreement<br>Store - San Jose<br>12524 San Jose Blvd.,<br>Jacksonville, FL 32223 | 10/23/26 |
| 87 | Wen Virginia, LLC | UG2 Meadowbrook VA, LP | 1021 East Cary Street, Suite 2001, Richmond, VA 23219<br><br>1000 4th Street, Suite 290, San Rafael, CA 94965 | Lease Termination Agreement<br>Store - Meadowbrook<br>5620 Hopkins Road<br>Richmond, VA 23234 | 10/23/26 |
| 88 | Wen Georgia, LLC | Voyles Family Partnership LLP | 2103 Cobb Parkway SE Marietta, GA 30067 | Lease Termination Agreement<br>Store - Peachtree<br>5621 Peachtree Industrial Blvd,<br>Chamblee, GA 30341 | 10/23/26 |
| 89 | Wen South, LLC | Wen Nocatee, LLC - Fewell, Carole A | 11883 Maidstone Drive, Wellington, FL 33414 | Lease Termination Agreement<br>Store - Nocatee<br>153 Capital Green Drive<br>Ponte Vedra, FL 32801 | 10/23/26 |