**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS, EFFECTIVE AS OF OCTOBER 23, 2026**
*(Related to Docket No. _)*

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing, but not directing, the Debtors to reject certain executory contracts set forth on Schedule 1 hereto (such contracts, collectively, the "Rejected Contracts"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT,

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Contracts set forth on **Schedule 1** hereto, respectively, shall be deemed rejected by the Debtors effective as of the Filing Date.

3. Nothing in this Order shall affect, impair, or prejudice any counterparty's rights with respect to any security deposit, letter of credit, guaranty, or other collateral or credit support held by such counterparty in connection with a Rejected Agreement, including, but not limited, to: (a) any counterparty's right to retain or seek to apply or set off any security deposit held by such counterparty against any amounts owed by the Debtors under the applicable Rejected Agreement, whether arising before or after the Petition Date; (b) any counterparty's right to draw upon or make a claim under any letter of credit issued for the benefit of such counterparty in connection with a Rejected Agreement; and (c) any counterparty's rights against any guarantor of a Rejected Agreement, which rights are not released, impaired, or affected by this Order.

4. Nothing in this Order shall affect, impair, or prejudice any counterparty's rights with respect to any security deposit, letter of credit, guaranty, or other collateral or credit support held by such counterparty in connection with a Rejected Agreement, including, but not limited, to: (a) any counterparty's right to retain or seek to apply or set off any security deposit held by such counterparty against any amounts owed by the Debtors under the applicable Rejected Agreement, whether arising before or after the Petition Date; (b) any counterparty's right to draw upon or make a claim under any letter of credit issued for the benefit of such counterparty in connection with a

Rejected Agreement; and (c) any counterparty's rights against any guarantor of a Rejected Agreement, which rights are not released, impaired, or affected by this Order.

5. Any person or entity that holds a claim arising from the rejection of the Rejected Agreements must file a proof of claim for rejection damages claims, if any, on or before the later of: (a) the general deadline established for filing proofs of claim for these Chapter 11 Cases and (b) forty-five (45) days after the entry of this Order, or else be forever barred from asserting such claim.

6. All rights and defenses of the Debtors are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising from the rejection of a Rejected Agreement, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular agreement is terminated and is no longer an executory contract.

7. Notwithstanding the above, the deadline for QIOR or any of its affiliates to file a proof of any claim relating to any of the Rejected Agreements shall be the later of: (a) the general deadline established for filing proofs of claim for these Chapter 11 Cases; (b) thirty days after the entry of any final order resolving the dispute regarding QIOR's alleged prepetition termination of the Franchise Agreements (if such order is entered by February 28, 2027); or (c) March 31, 2027. Nothing in this Order shall constitute or be construed as a determination of the date, validity, or effectiveness of any termination of the Franchise Agreements, or of the parties' respective rights and arguments arising from or related to any alleged pre-petition termination.

8. Notwithstanding anything to the contrary in the Motion or this Order, nothing in this Order shall (a) constitute an adjudication or determination of the amount, validity, or priority of any claim asserted by any counterparty to a Rejected Agreement, including but not limited to

any rejection damage claim, administrative expense claim, or any other claim arising under the Rejected Agreement or applicable law; (b) waive, limit, or prejudice any counterparty's right to assert a claim for administrative expenses pursuant to 11 U.S.C. §§ 503(b)(1) or 365(d)(3) for any obligations arising under the Rejected Agreements, including, without limitation, any administrative expense claims arising under the Rejected Contracts during the period from and after the Petition Date through and including the date the applicable leased premises are actually surrendered to such counterparty, and all such rights are expressly reserved; and/or (c) waive, limit, or prejudice any claims, defenses, rights, or causes of action that any counterparty to one or more Rejected Contracts may have against the Debtors or their estates under such Rejected Agreements, the Bankruptcy Code, or other applicable law.

9. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume or adopt any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or

otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

10. The requirements in Bankruptcy Rules 6006 and 6007 are satisfied.

11. Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

12. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

13. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

14. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

*Order prepared and submitted by:*

**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors*
*and Debtors in Possession*

**Schedule 1**
**List of Rejected Contracts**[1]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Chicken Ventures LLC | Bojangles Opco, LLC | 9432 Southern Pine Blvd, Charlotte NC 28273 | Franchise Agreement<br>Store #2002-Monroe<br>424 N. Telegraph Road<br>Monroe, MI | 10/23/26 |
| 2 | Chicken Ventures | Bojangles Opco, LLC | 9432 Southern Pine Blvd, Charlotte NC 28273 | Franchise Agreement<br>Store #2003-Cadillac<br>1770 N. Mitchell Street<br>Cadillac, MI | 10/23/26 |
| 3 | Chicken Ventures | Bojangles Opco, LLC | 9432 Southern Pine Blvd, Charlotte NC 28273 | Franchise Agreement<br>Store #2004-Kettering 4045 Wilmington Pike<br>Kettering, OH | 10/23/26 |
| 4 | Chicken Ventures | Bojangles Opco, LLC | 9432 Southern Pine Blvd, Charlotte NC 28273 | Franchise Agreement<br>Store #2005-West Chester 8155 Highland Pointe Drive<br>West Chester, OH | 10/23/26 |
| 5 | Wen Tennessee, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Highway 64<br>7920 Highway 64<br>Bartlett, TN 38133 | 10/23/26 |
| 6 | Uncommon Hospitality, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store 428-Advance<br>147 NC Highway 801<br>Advance, NC 27006 | 10/23/26 |

[1] The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 7 | Wen Oklahoma, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store 186-Norman<br>1908 W. Main Street<br>Norman, OK 73069 | 10/23/26 |
| 8 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store 58-Powers<br>3910 University Boulevard. W. Powers<br>Jacksonville, FL 32217 | 10/23/26 |
| 9 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store 0349-98th & Slide Road<br>5111 98th Street<br>Lubbock TX 79424 | 10/23/26 |
| 10 | WM Limited Partnership - 1998 | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Gull Rd<br>5796 Gull Road<br>Kalamazoo, MI 49048 | 10/23/26 |
| 11 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #83-Normandy<br>7211 Normandy Blvd.<br>Jacksonville, FL 32205 | 10/23/26 |
| 12 | Wen Tennessee, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Poplar West<br>7569 Poplar Avenue<br>Germantown, TN 38138 | 10/23/26 |
| 13 | Meritage Hospitality Group Inc. (as guarantor) | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #5033-68th & Broadmoor<br>6722 Broadmoor Ave. SE,<br>Caledonia, MI 49316 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 14 | Wen Tennessee, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - S. Jackson<br>1646 S. Highland Avenue<br>Jackson, TN 38301 | 10/23/26 |
| 15 | Wen Ohio, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Stickney<br>3465 Stickney Avenue<br>Toledo, OH 43608 | 10/23/26 |
| 16 | Uncommon Hospitality, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Market<br>4805 W. Market Street,<br>Greensboro, NC 27407 | 10/23/26 |
| 17 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Cuthbert<br>902 Andrews Highway<br>Midland, TX 79701 | 10/23/26 |
| 18 | Uncommon Hospitality, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Clemmons<br>6400 Sessions Court<br>Clemmons, NC 27012 | 10/23/26 |
| 19 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - West Farms<br>331 South Road<br>Farmington, CT 06032 | 10/23/26 |
| 20 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0073-JTB<br>7102 Bonneval Road<br>Jacksonville, FL 32256 | 10/23/26 |
| 21 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0062-103rd<br>6238 103rd Street | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Jacksonville, FL 32210 | |
| 22 | Wen Georgia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0103-Eagles Landing (A)<br>1777 Rock Quarry Rd<br>Stockbridge, GA 30281 | 10/23/26 |
| 23 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0387-Beachwalk<br>795 County Road 210 W<br>Saint Johns, FL 32259 | 10/23/26 |
| 24 | Uncommon Hospitality, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Battle Ave.<br>2517 Battleground Avenue<br>Greensboro, NC 27408 | 10/23/26 |
| 25 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Andrews<br>709 S. Main St.<br>Andrews, TX 79714 | 10/23/26 |
| 26 | Wen Georgia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Keys Ferry<br>273 Keys Ferry Street<br>McDonough, GA 30253 | 10/23/26 |
| 27 | Wen Tennessee, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0231-Dyersberg<br>2485 Lake Drive<br>Dyersburg, TN 38024 | 10/23/26 |
| 28 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0059-University & Atlantic<br>1616 University Boulevard S.<br>Jacksonville, FL 32216 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 29 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0124-Blanding<br>1110 Blanding Blvd<br>Jacksonville, FL 32065 | 10/23/26 |
| 30 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Hereford<br>1100 West 1st Street<br>Hereford, TX 79045 | 10/23/26 |
| 31 | Wen Ohio, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - W. Central<br>5560 W. Central Avenue<br>Toledo, OH, 43615 | 10/23/26 |
| 32 | Wen Virginia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Cloverleaf<br>7802 Midlothian Turnpike<br>Richmond, VA 23235 | 10/23/26 |
| 33 | Wen Georgia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - South Sugarloaf<br>3400 Sugarloaf Parkway<br>Lawrenceville, GA 30044 | 10/23/26 |
| 34 | Wen Tennessee, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0222-Horn Lake<br>718 Goodman Road West<br>Horn Lake, MS 38637 | 10/23/26 |
| 35 | Wen Tennessee, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Parker Rd<br>2308 E. Parker Road<br>Jonesboro, AR 72404 | 10/23/26 |
| 36 | WM Limited Partnership - 1998 | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Holton Rd<br>1756 N. Getty Road | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Muskegon, MI 49445 | |
| 37 | Wen Oklahoma, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0193-Yukon<br>1170 Garth Brooks<br>Yukon, OK 73099 | 10/23/26 |
| 38 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Julington Creek<br>2754 Race Track Road<br>Jacksonville, FL 32259 | 10/23/26 |
| 39 | Wen Georgia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0134-Hairston<br>1235 S. Hairston Road<br>Stone Mountain, GA 30088 | 10/23/26 |
| 40 | Uncommon Hospitality, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - University<br>5713 University Parkway<br>Winston-Salem, NC 27105 | 10/23/26 |
| 41 | Wen Virginia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Chesterfield<br>11235 Midlothian Turnpike<br>Richmond, VA 23235 | 10/23/26 |
| 42 | Wen Tennessee, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Houston Levee & 64<br>9981 Hwy 64<br>Arlington, TN 38002 | 10/23/26 |
| 43 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Rankin<br>2000 Rankin Highway<br>Midland, TX 79701 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 44 | WM Limited Partnership - 1998 | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Alpine C-Store<br>5960 Alpine Avenue<br>Alpine Township, MI 49321 | 10/23/26 |
| 45 | Wen Georgia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0119-Buford<br>4365 Buford Dr.<br>Buford, GA 30518 | 10/23/26 |
| 46 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - US Hwy 1 South<br>1830 U.S. Highway 1 South<br>St. Augustine, FL 32084 | 10/23/26 |
| 47 | Wen Oklahoma, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Weatherford<br>1009 E Main St.<br>Weatherford, OK 73096 | 10/23/26 |
| 48 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - San Jose<br>12524 San Jose Blvd.<br>Jacksonville, FL 32223 | 10/23/26 |
| 49 | Wen Oklahoma, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0194-Mustang<br>901 E. State Highway 152<br>Mustang, OK 73064 | 10/23/26 |
| 50 | Wen Virginia, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Meadowbrook<br>5620 Hopkins Road<br>Richmond, VA 23234 | 10/23/26 |
| 51 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - A1A<br>400 3rd Street South | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| | | | | Jacksonville Beach, FL 32250 | |
| 52 | Wen Ohio, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Swanton<br>14180 Airport Highway<br>Swanton, OH 43558 | 10/23/26 |
| 53 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0155-Capital Circle<br>2122 Capital Circle NE<br>Tallahassee, FL 32308 | 10/23/26 |
| 54 | Wen Oklahoma, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0177-Ponca City<br>700 North 1st Street<br>Ponca City, OK 74601 | 10/23/26 |
| 55 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Plainview 1509 North Interstate Highway 27<br>Plainview, TX 79072 | 10/23/26 |
| 56 | Inspired by Opportunity, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Wallingford<br>674 N. Colony Road<br>Wallingford, CT 06492 | 10/23/26 |
| 57 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0152-Pensacola St<br>1950 West Pensacola Street<br>Tallahassee, FL 32304 | 10/23/26 |
| 58 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Bannerman<br>3451 Bannerman Road<br>Tallahassee, FL 32312 | 10/23/26 |

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 59 | Uncommon Hospitality | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0417-Shannon<br>3107 Shannon Road<br>Durham, NC 27707 | 10/23/26 |
| 60 | Inspired by Opportunity | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0316-Universal Drive<br>160 Universal Drive North<br>North Haven, CT 06473 | 10/23/26 |
| 61 | Wen South, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store - Nocatee<br>153 Capital Green Drive<br>Ponte Vedra, FL 32081 | 10/23/26 |
| 62 | Wen Oklahoma, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0187 – Western<br>4500 S. Western Ave.<br>Oklahoma City, OK 73120 | 10/23/26 |
| 63 | Wen Oklahoma, LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #0189 – Del City<br>4518 SE 29th Street<br>Del City, OK 73115 | 10/23/26 |