**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE AND OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE THAT** on October 23, 2026, the above-captioned debtors and debtors in possession (the "Debtors") filed the below pleadings:

a. Debtors' Fifth Omnibus Motion for Entry of Order Authorizing Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of October 23, 2026 [Docket No. 329] (the "Fifth Rejection Motion");

b. Debtors' Sixth Omnibus Motion for Entry of Order Authorizing Rejection of Certain Executory Contracts, Effective as of October 23, 2026 [Docket No. 330] (the "Sixth Rejection Motion"); and

c. Debtors' Seventh Omnibus Motion for Entry of Order Authorizing Procedures Regarding and Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of Certain Dates [Docket No. 331] (the "Seventh Rejection Motion" and together with the Fifth Rejection Motion and the Sixth Rejection Motion, the "Rejection Motions").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Debtors the relief requested in the Rejection Motions, then on or before November 6, 2026 at 5:00 p.m., you or your attorney must file with the Court an objection/response at:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

United States Bankruptcy Court
Western District of Michigan
1 Division Ave N, Room 200
Grand Rapids, MI 49503

OR your attorney must file a response using the Court's ECF System. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also send a copy of your response either by 1) the Court's ECF System or by 2) first class mail to:

Scott N. Opincar, Esq.
Michael J. Kaczka, Esq.
Maria G. Carr, Esq.
McDonald Hopkins LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Rejection Motions and may enter an order granting that relief without further hearing or notice.

October 23, 2026

Respectfully submitted,

*/s/ Scott N. Opincar*

**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors*
*and Debtors in Possession*