FILED AM 10:29
2026 OCT 26

MICHELLE M. WILSON
CLERK, USBC MIW

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: Meritage Hospitality Group Inc., et al.
Debtors

Chapter 11
Case No. 26-02947 (JWB)
Jointly Administered

OBJECTION TO DEBTORS' THIRD OMNIBUS MOTION FOR REJECTION OF LEASES AND CONTRACTS AND REQUEST TO ACCEPT LATE-FILED OBJECTION

Re: Docket No. 208

Rejected Agreement and Property: Lease Agreement

Store #268 Choctaw- Wendy's Oklahoma LLC

14329 N.E 23rd Street Choctaw, OK

Dear Honorable Judge:

I am writing to formally object to the Debtors' Third Omnibus Motion for Entry of Order Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts, effective October 9, 2026, filed under Docket No. 208.

I respectfully request that the Court deny the requested relief as it pertains to my interests and preserve my right to oppose the proposed rejection.

Request for Consideration Due to Delayed Receipt of Notice

I received the Notice and Opportunity to Object (Docket No. 209) in the mail today, October 23, 2026, which is the same day as the stated deadline for filing objections. This was not sent electronically or via certified mail and arrived just today, hours before the deadline.

Because the notice was not delivered to me until the actual deadline date, I was not provided a reasonable opportunity to review the motion, evaluate its potential impact on my interests, seek legal advice, or prepare and timely submit a comprehensive objection.

Upon receiving the notice, I acted promptly to prepare and submit this objection.

I respectfully ask the Court to consider these circumstances, accept this objection even if it arrives after the filing deadline, and grant an extension of time to submit any additional information or supporting documentation necessary.

I further request that the Court refrain from granting the Debtors' requested relief as it affects my interests until I have been afforded a reasonable opportunity to be heard.

over

I am not seeking to unnecessarily delay these proceedings. I am simply requesting a fair opportunity to protect my interests in a matter of which I received notice only on the day my response was due.

Thank you for your time and consideration.

Respectfully submitted,

Jodi Lynn Iseger Jodi Lynn Iseger

(Formerly Jodi Newton) Jodi Lynn Newton Successor Trustee of the Beverly Ann Brody Trust

Dated: October 23, 2026

(916) 396-9941

1110 McKenny Court

Folsom, CA 95630

Jodin0809@yahoo.com