UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br>MERITAGE HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No.: 26-02947 (JWB)<br>(Jointly Administered) |
| ______________________________________/ | HON. James W. Boyd |

## <u>ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*</u>

Before the Court is the *Motion for Pro Hac Vice Admission of Lisa C. Cohen* (the "Motion") filed on October 22, 2026 [Docket No. 319]. The Court having considered the Motion,

IT IS HEREBY ORDERED that Lisa C. Cohen is admitted to practice *pro hac vice* as counsel for Mark J. Freitag, Successor Trustee, in the above referenced bankruptcy proceeding, and the contested matters and/or adversary proceedings arising therein, in the United States Bankruptcy Court for the Western District of Michigan, subject to the payment of the filing fee.

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); Wen Tennessee, LLC (2477); Inspired by Opportunity, LLC (3681); RES Management, LLC (9105); Wen Ohio, LLC (5959); Wen Carolinas, LLC (3792); Wen South, LLC (1229); Wen Oklahoma, LLC (5959); Wen Georgia, LLC (7369); WM Limited Partnership-1998 (9989); Wen Virginia, LLC (2840); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and mailing address for Debtors is 45 Ottawa Avenue SW, Suite 600, Grand Rapids, Michigan 49503.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated October 29, 2026**

James W. Boyd
United States Bankruptcy Judge