**Schedule 1**
**List of Rejected Leases[3]**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Wen Oklahoma LLC | Gorwen Cushing LLC | 20 Tukahoe Road<br>Yonkers, NY 10710 | Lease Agreement<br>Store #442 Cushing<br>1415 East Main Street<br>Cushing, OK 74023 | 10/2/26 |
| 2 | Inspired by Opportunity LLC | Charley & Darlene Properties, LLC | 375 S. Roosevelt Street<br>Chesterton, IN 46304 | Lease Agreement<br>Store #323 Laporte<br>1202 Lincolnway West<br>La Porte, IN 46350 | 10/2/26 |
| 3 | Wen Georgia LLC | Kali Orexi LLC | 30th 5th St. NW<br>Atlanta, GA 30308 | Lease Agreement<br>Store #89 5 Forks<br>4029 Five Forks Trickum Road<br>Lilburn, GA 30047 | 10/2/26 |
| 4 | Wen South LLC | Wendy's Apalachee Parkway, LLC | PO Box 16157<br>Tallahassee, FL 32317 | Lease Agreement<br>Store #153 Apalachee<br>1901 Apalachee Parkway<br>Tallahassee, FL 32301 | 10/2/26 |
| 5 | Wen South LLC | Roses Place, LLC | 51 Urbana St<br>Staten Island, NY 10304 | Lease Agreement<br>Store #123 Orange Park<br>753 Park Avenue<br>Orange Park, FL 32073 | 10/2/26 |

[3] The Rejected Leases referenced herein include any amendments, modifications, subleases, termination agreements, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

**Schedule 2**
**List of Rejected Contracts**[4]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 6 | Wen Oklahoma LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #442 Cushing<br>1415 East Main Street<br>Cushing, OK 74023 | 10/2/26 |
| 7 | Inspired by Opportunity LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #323 Laporte<br>1202 Lincolnway West<br>La Porte, IN 46350 | 10/2/26 |
| 8 | Wen Georgia LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #89 5 Forks<br>4029 Five Forks Trickum Road<br>Lilburn, GA 30047 | 10/2/26 |
| 9 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #153 Apalachee<br>1901 Apalachee Parkway<br>Tallahassee, FL 32301 | 10/2/26 |
| 10 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #123 Orange Park<br>753 Park Avenue<br>Orange Park, FL 32073 | 10/2/26 |

4 The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.