**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**STIPULATED ORDER REGARDING OBJECTION DEADLINE FOR FOURTH REJECTION MOTION WITH LANDLORD**

The above-captioned debtors and debtors in possession (the "Debtors") and Zhaoyan Liang (the "Landlord") remain in ongoing, good faith negotiations with respect to the *Debtors' Fourth Omnibus Motion for Entry of Order, Authorizing Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of October 16, 2026* [Docket No. 266] (the "Fourth Rejection Motion").

WHEREAS, the objection deadline for the Fourth Rejection Motion is October 30, 2026. As the above-referenced negotiations are continuing, the parties have agreed to extend the objection deadline for the Landlord for the Fourth Rejection Motion until November 6, 2026, at 5:00 p.m. Eastern Time.

WHEREAS, the Debtors and the Landlord has reviewed and approved this Stipulated Order and indicated their approval by their signatures below;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

NOW THEREFORE, the Debtors and the Landlord hereby stipulate and agree to the following:

1. The Objection Deadline for the Landlord with respect to the Fourth Rejection Motion is hereby extended to November 6, 2026 at 5:00 p.m. Eastern Time.

**END OF ORDER**

*Agreed to and accepted by:*

/s/ Scott N. Opincar
**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors and Debtors in Possession*

/s/ Jennifer B. Lyday
**WALDREP WALL BABCOCK & BAILEY PLLC**
Jennifer B. Lyday
370 Knollwood St., Suite 600
Winston-Salem, NC 27103
Telephone: (336) 717-1283
Email: jlyday@waldrepwall.com

*Counsel for Zhaoyan Liang*