United States Bankruptcy Court
For The Western District of Michigan

---

In re:

Meritage Hospitality Group Inc., *et al.*,[1]

Debtors.
_______________________________________/

Case Number: BG 26-02947
Chapter 11
Honorable James W. Boyd

Notice of Status Conference

**Notice is hereby given that a status conference** will be held at the United States Bankruptcy Court, One Division Ave., N., 3rd Floor, Courtroom B, Grand Rapids, MI 49503 on November 10, 2026, at 10:00 a.m. to consider and act upon the following matter:

Debtors' Third Omnibus Motion for Entry of Order, Authorizing Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of October 9, 2026 (DN 208)

Please note: The court is scheduling this for a status conference because (1) a proposed order granting the motion was uploaded by movant to the court's order signing program, (2) the court was unable to locate a certificate of no objection on the docket, and (3) the court did locate on the docket an objection to the motion at Dkt. No. 335.

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Avenue, N., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676−6856 or via its web site at http://pacer.psc.uscourts.gov

Michelle M. Wilson, Clerk of Court

/s/
J. Koerth, Deputy Clerk
Dated: November 4, 2026

Notice served via CM/ECF upon interested parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.