**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re:<br><br>**MERITAGE HOSPITALITY GROUP INC., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 26-02947 (JWB)<br><br>Hon. James W. Boyd<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION OF MASRI GROUP, LLC TO COMPEL PAYMENT OF POSTPETITION RENT DOCKET NO. 388**

PLEASE TAKE NOTICE that Masri Group, LLC ("Landlord"), by its attorney, withdraws, without prejudice, its Motion to Compel Payment of Postpetition Rent Under 11 U.S.C. § 365(d)(3) and for Allowance and Immediate Payment of an Administrative Expense Docket No. 388 (the "Motion").

Landlord withdraws the Motion for the following reasons. After the Motion was filed, counsel for the Debtors advised Landlord's counsel that a partial payment of $15,000.00 had been made on account of the installment that came due October 1, 2026. Landlord had not been aware of that payment when the Motion was filed, and the Motion is inaccurate to that extent. Landlord brings this to the Court's attention promptly upon learning of it.

In addition, the Debtors have moved to reject the lease of the premises at 1170 Garth Brooks Blvd., Yukon, Oklahoma, effective as of October 23, 2026. See Debtors' Fifth Omnibus Motion for Entry of Order, Authorizing Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of October 23, 2026 [Docket No. 329], Schedule 1 to the proposed order, entry 34. The relief sought in the Motion as to obligations arising after that date is therefore moot.

This withdrawal is without prejudice to, and Landlord expressly reserves, all of its rights and claims, including: (a) its prepetition claim; (b) any claim for amounts arising under the lease between September 17, 2026 and the effective date of rejection, including the unpaid balance of the October 2026 installment and the late charge accrued thereon, and Landlord's right to seek allowance and payment of such amounts as administrative expenses under 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2); (c) any claim for damages arising from rejection of the lease, subject

to 11 U.S.C. § 502(b)(6); (d) its rights with respect to surrender of possession of the premises and property abandoned there; and (e) its right to attorney fees and costs under the lease.

Respectfully submitted,

ZAAROUR LAW, PLLC

/s/ Hassan A. Zaarour

Hassan A. Zaarour (P83043)
835 Mason Street, Suite C-116
Dearborn, Michigan 48124
Telephone: (313) 403-3377
hassan@zaarourlaw.com
Attorney for Masri Group, LLC

Dated: November 5, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | Chapter 11 |
| **MERITAGE HOSPITALITY GROUP INC., et al.,** | Case No. 26-02947 (JWB) |
| | Hon. James W. Boyd |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2026, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the CM/ECF system, which will serve all parties registered to receive electronic notice in these cases, and that I served a copy by first class mail, postage prepaid, upon the following:

Scott N. Opincar, Michael J. Kaczka, and Maria G. Carr
McDonald Hopkins LLC
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114

Office of the United States Trustee
125 Ottawa NW, Suite 200R
Grand Rapids, Michigan 49503

David M. Posner and Eric S. Chafetz
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
Counsel to the Official Committee of Unsecured Creditors

/s/ Hassan A. Zaarour
Hassan A. Zaarour (P83043)
Dated: November 5, 2026