FILED PM1:11
2026 NOV 5

MICHELLE M. WILSON
CLERK, USBC MIW

The Stephen C. Millen Family Trust

Stephen C Millen

2251 Santiago Drive

Newport Beach, CA 92660

714-269-2824

October 31, 2026

Attention: United States Bankruptcy Court for the Western District of Michigan

Case # 26-02947 (JWB)

In re: Meritage Hospitality Group INC

We are filing with the court an objection/response stating that The Stephen C Millen Family Trust does not want the Court to grant the Debtors the relief requested in the Rejection Motions filed 10/23/2026

We do oppose the relief sought in the Rejection Motions.

Thank you.

Regards,

Stephen C Millen

Trustee