**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | Chapter 11 |
| MERITAGE HOSPITALITY GROUP, INC. *et. al.*,[1] | Case No. 26-02947-jwb |
| | (Jointly Administered) |
| Debtors. | |
| ___________________________________/ | |

**QUALITY IS OUR RECIPE, LLC'S RESERVATION OF RIGHTS REGARDING DEBTORS' SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER AUTHORIZING PROCEDURES REGARDING AND REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND EXECUTORY CONTRACTS, EFFECTIVE AS OF CERTAIN DATES**

Creditor Quality is Our Recipe, LLC ("**QIOR**"), by and through its undersigned counsel, submits this reservation of rights with respect to the *Debtors' Seventh Omnibus Motion for Entry of Order Authorizing Procedures Regarding and Rejection of Certain Unexpired Leases of Nonresidential Real Property and Executory Contracts, Effective as of Certain Dates* [Docket No. 331] (the "**Motion**"). QIOR states as follows:

1. The Motion seeks authority to establish procedures under which the Debtors may later file notices identifying particular store leases, franchise agreements, and other agreements that the Debtors propose to reject on one of the specified rejection dates.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

2. QIOR understands that the Motion itself does not identify any specific QIOR franchise agreement for rejection and does not itself seek a determination concerning any particular franchise agreement between QIOR and any Debtor.

3. QIOR does not, by this filing, consent to the Motion, the proposed order, any future Rejection Notice, or the rejection of any agreement between QIOR and any Debtor.

4. QIOR expressly reserves all rights to object to, contest, respond to, or otherwise be heard concerning any future Rejection Notice, proposed order, or other requests for relief that identifies, concerns, or may affect any agreement between QIOR and any Debtor.

5. Without limiting the foregoing, QIOR reserves all rights and arguments concerning:

a. Whether any agreement between QIOR and a Debtor is an executory contract, an unexpired lease, a terminated agreement, or otherwise subject to assumption, rejection, assignment, or other treatment under the Bankruptcy Code;

b. Whether any agreement between QIOR and a Debtor was terminated before the Petition Date, the date, validity, effectiveness, consequences, and enforceability of any asserted termination, and the parties' respective rights arising from or relating to any asserted termination;

c. Whether any agreement between QIOR and a Debtor may properly be rejected, assumed, assigned, modified, transferred, or otherwise affected;

d. Whether the Debtors have established an adequate factual and legal basis for rejection of any particular agreement, including the asserted exercise of business judgment and the proposed effective date of any rejection;

e. Whether rejection may be made effective as of the date of a future Rejection Notice, any earlier date, or any other date;

f. The adequacy and timeliness of notice of any future Rejection Notice or related proposed order, including QIOR's right to a meaningful opportunity to object before entry of any order affecting QIOR's rights;

g. Any cure obligations, defaults, monetary obligations, nonmonetary obligations, adequate assurance requirements, and other requirements associated with any proposed assumption, assignment, or related transaction;

h. The amount, validity, priority, classification, allowance, treatment, and payment of any claim, including any rejection-damages claim, administrative-expense claim, claim for postpetition obligations, or claim arising under any applicable agreement or law;

i. QIOR's rights to assert administrative expenses, damages, fees, costs, indemnification, reimbursement, setoff, recoupment, counterclaims, defenses, deductions, or any other rights or remedies; and

j. All rights, claims, defenses, remedies, causes of action, and arguments available to QIOR under the applicable franchise agreements, any related agreement, the Bankruptcy Code, applicable nonbankruptcy law, and any order entered in these Chapter 11 Cases.

6. QIOR further reserves the right to object to any provision of a future Rejection Notice, proposed order, or other filing that purports to determine, impair, waive, release, limit, or prejudice any right of QIOR, including any right that is not expressly addressed in this Reservation of Rights.

7. Nothing in this Reservation of Rights shall be construed as: (a) consent by QIOR to any relief requested in the Motion or any future Rejection Notice; (b) an admission concerning the existence, enforceability, characterization, status, or treatment of any agreement between

QIOR and any Debtor; (c) a waiver, release, limitation, or impairment of any right, claim, defense, remedy, or argument of QIOR; or (d) an election of remedies by QIOR.

**WHEREFORE**, QIOR respectfully submits this Reservation of Rights and requests that the Court enter any order granting the Motion subject to the express preservation of QIOR's rights set forth herein.

Dated: November 6, 2026

**KELLER & ALMASSIAN, PLC**

/s/ Greg J. Ekdahl
A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
Nicholas S. Laue (P79260)
Sarah A. LaSata (P86415)
230 E. Fulton Street
Grand Rapids, MI 49503
(616) 364-2100
talmassian@kalawgr.com
gekdahl@kalawgr.com
nlaue@kalawgr.com
slasata@kalawgr.com

-and-

**GREENBERG TRAURIG, LLP**

/s/ Nathan A. Haynes
Nathan A. Haynes (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Email: HaynesN@gtlaw.com

*Counsel for Quality Is Our Recipe, LLC*