**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**REJECTION NOTICE AND OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE THAT** on October 23, 2026, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Seventh Omnibus Motion for Entry of Order Authorizing Procedures Regarding and Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of Certain Dates [Docket No. 331] (the "Seventh Rejection Motion").

Consistent with the procedures outlined in the Seventh Rejection Motion, the Debtors contemplated filing this Rejection Notice and additional proposed order listing additional leases and franchise agreements the Debtors are seeking to reject as of November 6, 2026, as requested in the Seventh Rejection Motion. The leases and franchise agreements the Debtors seek to reject as of November 6, 2026 are included in the attached Schedule 1 and Schedule 2, and also attached to the proposed order attached here as Exhibit A.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to permit relief requested in the Seventh Rejection Motion and the attached proposed order, then on or before November 20, 2026 at 5:00 p.m., you or your attorney must file with the Court an objection/response at:

United States Bankruptcy Court
Western District of Michigan
1 Division Ave N, Room 200
Grand Rapids, MI 49503

OR your attorney must file a response using the Court's ECF System. If you mail your response

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also send a copy of your response either by 1) the Court's ECF System or by 2) first class mail to:

Scott N. Opincar, Esq.
Michael J. Kaczka, Esq.
Maria G. Carr, Esq.
McDonald Hopkins LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested and may enter an order granting that relief without further hearing or notice.

November 6, 2026

Respectfully submitted,

*/s/ Scott N. Opincar*
**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors*
*and Debtors in Possession*

**Schedule 1**
**List of Rejected Leases**[1]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Inspired by Opportunity LLC | Valparaiso IN LLC | 29 Benedict Avenue<br>Staten Island, NY 10314 | Lease Agreement<br>Store #320 Valparaiso<br>1504 N. Calumet<br>Valparaiso, IN 46383 | 11/6/26 |
| 2 | Wen Georgia LLC | JJS, LLC | PO Box 1240<br>Duluth, GA 30096 | Lease Agreement<br>Store #137 Sugarloaf Crossing<br>4840 Sugarloaf Parkway<br>Lawrenceville, GA 30044 | 11/6/26 |
| 3 | Wen South LLC | Trinity Holdings SPQR LLC | 224 Beach 123rd Street<br>Rockaway, NY 11694 | Lease Agreement<br>Store #61 Mayport<br>699 Mayport Crossing Blvd.<br>Atlantic Beach, FL 32233 | 11/6/26 |
| 4 | Wen South LLC | Wendy's Pensacola Street, LLC | PO Box 16157<br>Tallahassee, FL 32317 | Lease Agreement<br>Store #156 Pensacola<br>1950 West Pensacola Street<br>Tallahassee, FL 32304 | 11/6/26 |
| 5 | WM Limited Partnership-1998 | Stars Real Estate, LLC | PO Box 247<br>440 West Division<br>Sparta, MI 49345 | Lease Agreement<br>Store #32 Alpine C-Store<br>5960 Alpine NW<br>Comstock Park, MI 49321 | 11/6/26 |
| 6 | Uncommon Hospitality LLC | 5457 Gumtree LLC | 280 Coe Road<br>Clarendon Hills, IL 60514 | Lease Agreement<br>Store #430 Gumtree<br>5457 Gumtree Rd<br>Winston Salem, NC 27107 | 11/6/26 |

[1] The Rejected Leases referenced herein include any amendments, modifications, subleases, termination agreements, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

**Schedule 2**
**List of Rejected Contracts**[2]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 7 | Inspired by Opportunity LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #320 Valparaiso<br>1504 N. Calumet<br>Valparaiso, IN 46383 | 11/6/26 |
| 8 | Wen Georgia LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #137 Sugarloaf Crossing<br>4840 Sugarloaf Parkway<br>Lawrenceville, GA 30044 | 11/6/26 |
| 9 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #61 Mayport<br>699 Mayport Crossing Blvd.<br>Atlantic Beach, FL 32233 | 11/6/26 |
| 10 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #156 Pensacola<br>1950 West Pensacola Street<br>Tallahassee, FL 32304 | 11/6/26 |
| 11 | WM Limited Partnership-1998 | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #32 Alpine C-Store<br>5960 Alpine NW<br>Comstock Park, MI 49321 | 11/6/26 |
| 12 | Uncommon Hospitality LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH | Franchise Agreement<br>Store #430 Gumtree | 11/6/26 |

[2] The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| | | | | | |
|---|---|---|---|---|---|
| | | | 43017 | 5457 Gumtree Rd<br>Winston Salem, NC 27107 | |