**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FILING OF AMENDED EXHIBIT 1 TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS**

**PLEASE TAKE NOTICE** that on October 21, 2026, Debtor Wen Tennessee, LLC (the "Seller") filed a motion [Docket No. 295] (the "Motion") seeking approval of, among other things, (a) the sale of the Purchased Assets, which constitute the Tennessee Business, to Divine Infinity Operations LLC, Divine Pinnacle Operations LLC, Divine Anchor MGMT LLC, Divine Summit Operations LLC, Divine Galaxy Operations LLC, Divine Synergy Ventures LLC, Divine Crown MGMT LLC, Divine Elite MGMT LLC, and Divine Horizon Holdings LLC (collectively, the "Buyer") pursuant to the Amended and Restated Asset Purchase and Sale Agreement dated as of October 20, 2026 (the "APA"), and (b) the assumption and assignment of certain executory contracts and unexpired leases to the Buyer in connection with the sale, including the proposed cure amounts.[2]

**PLEASE TAKE FURTHER NOTICE** that on October 21, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 306] (the "Assumption Notice"), attaching as Exhibit 1 thereto a schedule of the contracts and leases that may potentially be assumed and assigned as part of the sale (the "Original Contracts Schedule").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 3.17(b) of the APA, on November 6, 2026, the Buyer delivered to the Seller its Lease Confirmation Notice confirming the Existing Leases to be assumed and assigned to the Buyer at Closing and removing the remaining Existing Leases from the Assigned Contracts Schedule. Section 3.17(b) of the APA requires the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

[2] Capitalized terms used but not defined herein shall have the meanings given them in the Motion or the APA, as applicable.

Seller to promptly file and serve any amended or supplemental Assumption and Assignment Notice required to conform to the Lease Confirmation Notice.

**PLEASE TAKE FURTHER NOTICE** that the amended schedule attached hereto as **Exhibit 1** (the "Amended Contracts Schedule") amends and supersedes the Original Contracts Schedule in its entirety. Part A and Part B of the Amended Contracts Schedule identify the Existing Leases and Franchise Agreements that the Seller proposes to assume and assign to the Buyer. Part C identifies the Existing Leases removed from the Assigned Contracts Schedule. The cure amounts for the Assigned Contracts that remain on the Amended Contracts Schedule are unchanged from the Original Contracts Schedule.[3]

**PLEASE TAKE FURTHER NOTICE** that any Existing Lease listed in Part C, or otherwise not included on the Amended Contracts Schedule (each, a "Non-Scheduled Lease"), will currently not be assumed and assigned to the Buyer at Closing. Pending the earliest of (a) the Buyer's designation of such Non-Scheduled Lease for assumption and assignment, (b) the Seller's rejection of such Non-Scheduled Lease pursuant to section 365(a) of the Bankruptcy Code, or (c) further order of the Court, and to the extent permitted by applicable law, the Court, and such Non-Scheduled Lease, the Restaurant located at the premises subject to such Non-Scheduled Lease shall be subject to the provisions of a Management Agreement between the Seller and the Buyer entered into pursuant to Sections 3.12 and 3.17(f) of the APA. Under any such Management Agreement, (i) the Buyer will assume operational responsibility for the affected Restaurant, (ii) all revenues from the affected Restaurant will accrue to the Buyer, and all operating costs of the affected Restaurant will be borne by the Buyer, during the management period, and (iii) the Seller will remain the tenant under the applicable Non-Scheduled Lease, which will not be assumed or assigned by virtue of the Management Agreement. The Buyer has reserved the right to designate any Non-Scheduled Lease for assumption and assignment at any time up to and including the Closing Date. If any Non-Scheduled Lease is so designated, the Seller will file and serve a supplemental notice on the affected Counterparty, and that Counterparty will have the opportunity to object as provided in Section 3.17(e) of the APA. Nothing in this notice constitutes an assumption, assignment, or rejection of any Non-Scheduled Lease, and the Seller reserves all of its rights with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that this notice does not extend or reopen the deadline for objecting to the proposed assumption and assignment of any Assigned Contract, any Cure Amount, or adequate assurance of future performance, which passed on November 5, 2026 at 5:00 p.m. (prevailing Eastern Time). The Court will conduct the Sale Hearing on November 10, 2026 at 10:00 a.m. (prevailing Eastern Time) before the Honorable James W. Boyd, United States Bankruptcy Court for the Western District of Michigan, 1 Division Avenue North, Courtroom B, Grand Rapids, Michigan 49503.

[3] The Debtors recognize that certain parties have objected to the amounts listed in the column title "Proposed Cure Costs." The Debtors reserve all rights regarding the content of such objections but will continue to work with such counterparties to resolve such objections.

**PLEASE TAKE FURTHER NOTICE** that the presence of a contract or lease on the Amended Contracts Schedule does not constitute an admission that it is an executory contract or unexpired lease or that it will be assumed and assigned as part of the sale. The Seller reserves all of its rights, claims, and causes of action with respect to the contracts and leases listed on the Amended Contracts Schedule, including the right to further amend or supplement the Amended Contracts Schedule in accordance with the APA.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the APA, the Assumption Notice, and all other documents filed with the Court may be obtained at https://restructuring.ra.kroll.com/meritage.

Dated: November 7, 2026

Respectfully submitted,

/s/ Scott N. Opincar

**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors and Debtors in Possession*

# Exhibit 1

## AMENDED ASSIGNED CONTRACTS SCHEDULE

## Part A — Existing Leases to Be Assumed and Assigned

| Store # | Premises | Landlord / Notice Address | Lease (Date and Amendments) | Buyer Entity | Proposed Cure Cost |
|---|---|---|---|---|---|
| 0221 | 880 Stateline Road, Southaven, MS | Schwartz Properties, LLC; 2928 Quick Draw, Park City, UT 84098 | Lease dated September 5, 2018, as amended by First Amendment | Divine Summit Operations LLC | $0.00 |
| 0224 | 1502 Sunset Drive, Grenada, MS | H&S Oregon LLC; 1604 Island Drive, Fullerton, CA 92833 | Lease dated March 7, 2019 | Divine Summit Operations LLC | $0.00 |
| 0225 | 1904 West Jackson Avenue, Oxford, MS | Wendy's Properties Inc.; Attn: David Sutton; One Dave Thomas Blvd., Dublin, OH 43017 | Lease dated September 16, 1986, as extended (term extended to December 31, 2026) | Divine Summit Operations LLC | $0.00 |
| 0226 | 703 Sisk Avenue, Oxford Commons, MS | MKS&E, LLC; Attn: Marvin Scott; 410 St. Andrews Dr., Jackson, MS 39211 | Lease dated November 20, 2017 | Divine Summit Operations LLC | $0.00 |
| 0228 | 1200 North Westwood Boulevard, Poplar Bluff, MO | RALCO-Orange; Attn: Pauline Belcher; 2001 Wilshire Blvd., Suite 270, Santa Monica, CA 90403 | Lease dated April 16, 2019 | Divine Galaxy Operations LLC | $0.00 |
| 0232 | 1912 N. Highland Avenue, N. Jackson, TN | HA Investments, LLC; 50 Starmont Lane, Danville, CA 94526 | Lease dated October 10, 2018 | Divine Synergy Ventures LLC | $0.00 |
| 0237 | 5998 Stage Road, Bartlett, TN | LMK Jennings LLC; 3959 N. Beckman Lane, Coeur d'Alene, ID 83814 | Lease dated November 1, 2017 | Divine Synergy Ventures LLC | $0.00 |
| 0242 | 9197 Poplar Avenue, Germantown, TN | GCC of Florida, INC; 15820 Savona Way, Naples, FL 34110 | Lease dated July 23, 2025 | Divine Synergy Ventures LLC | $0.00 |
| 0246 | 1593 Union Avenue, Memphis, TN | R&J 1593 Union Ave LLC; 1 Shirley Avenue, Revere, MA 02151 | Lease dated September 27, 2021 | Divine Synergy Ventures LLC | $0.00 |
| 0248 | 2811 Getwell, Memphis, TN | Thomas L. Morris and Christy Archer Morris; 4211 Beresford Way, La Canada, CA 91011 | Lease dated September 12, 2018 | Divine Crown MGMT LLC | $0.00 |
| 0258 | 2186 Covington Pike, Memphis, TN | 219 Properties, LLC; 219 Valley Street, South Orange, NJ 07079 | Lease dated August 1, 2025 | Divine Crown MGMT LLC | $0.00 |
| 0259 | 315 Washington Avenue, Memphis, TN | W Memphis LLC; Attn: Craig Weintraub; c/o 900 Avenue H LLC, 315 Central Avenue, Lawrence, NY 11559 | Lease dated April 11, 2019 | Divine Crown MGMT LLC | $0.00 |

| Store # | Premises | Landlord / Notice Address | Lease (Date and Amendments) | Buyer Entity | Proposed Cure Cost |
|---|---|---|---|---|---|
| 0260 | 714 W Poplar Avenue, Collierville, TN | T.A. Cox Trust, City Center Management Co.; Attn: Paul Hust; 622 West Poplar, Collierville, TN 38017 | Ground Lease dated November 21, 1989 | Divine Crown MGMT LLC | $0.00 |
| 0261 | 6781 E. Shelby Drive, Memphis, TN | BHO Holdings, LLC; Attn: Brad Ossip; 310 E. 70th Street, Apt. 5E, New York, NY 10021; and MIO Holdings, LLC, 455 NE 5th Ave., Suite D101, Delray Beach, FL 33483 | Lease dated September 26, 2019 | Divine Crown MGMT LLC | $0.00 |
| 0262 | 3990 S. 3rd Street, Memphis, TN | Mek Properties LLC; 11510 204th St. SE, Snohomish, WA 98296 | Lease dated April 7, 2022 | Divine Elite MGMT LLC | $0.00 |
| 0264 | 3979 New Covington Pike, Memphis, TN | Josephine T Radford Marital Trust; PO Box 3757, Santa Monica, CA 90408 | Lease dated August 6, 2018 | Divine Elite MGMT LLC | $0.00 |
| 0267 | 2845 Kirby Parkway, Memphis, TN | Arline Townhomes, LLC; Attn: Deloris C. Mayuga; 6571 E. El Roble Street, Long Beach, CA 90815 | Lease dated October 3, 2018 | Divine Elite MGMT LLC | $12,389.91 |
| 0350 | 4290 Elvis Presley Blvd., Memphis, TN | 800 Food Memphis LLC; Attn: Bonnie Gold; 330 East 38th Street, PH B, New York, NY 10016 | Lease dated November 15, 2019 | Divine Elite MGMT LLC | $0.00 |
| 0384 | 4431 Summer Avenue, Memphis, TN | ARC CAFEHLD001, LLC (ground lease); 2325 East Camelback Road, 9th Floor, Phoenix, AZ 85016 | Ground Lease effective January 15, 2021 | Divine Horizon Holdings LLC | $0.00 |
| 0385 | 2177 Frayser Blvd., Memphis, TN | Janice L Grahn, 6 Pimpala St, Wurtulla, Queensland 4575, Australia | Lease dated March 17, 2022 | Divine Horizon Holdings LLC | $12,542.15 |
| 0388 | 11257 Highway 51 S, Munford, TN | RS AZ Investments LLC; 225 E. Germann Rd., Gilbert, AZ 85297 | Lease dated December 28, 2021 | Divine Horizon Holdings LLC | $0.00 |
| 0396 | 1456 First St., Kennett, MO | Libra 730 Realty Co, LLC; 500 Mamaroneck Ave., Harrison, NY 10528 | Lease dated June 1, 2023 | Divine Galaxy Operations LLC | $0.00 |
| 0398 | 3783 E. Main, Blytheville, AR | ATSD Irrevocable Trust UAD 9/10/2020; 200 East Long Lake Rd., Ste. 180, Bloomfield, MI 48304 | Lease dated June 14, 2023 | Divine Anchor MGMT LLC | $0.00 |
| 0409 | 1252 N Houston Levee Rd, Cordova, TN | Pony Express Mini Storage LLC; 1854 Seaview Ave., Del Mar, CA 92014 | Lease dated March 31, 2023 | Divine Horizon Holdings LLC | $0.00 |
| 0410 | 6965 Penny Lane, Horn Lake, MS | Empire Square LLC; 4371 East Broad St., Columbus, OH 43213 | Lease dated December 29, 2022 | Divine Summit Operations LLC | $0.00 |

| Store # | Premises | Landlord / Notice Address | Lease (Date and Amendments) | Buyer Entity | Proposed Cure Cost |
|---|---|---|---|---|---|
| 0438 | 1330 South Main Street, Sikeston, MO | Rhodes Properties, LC; PO Box 779, Cape Girardeau, MO 63701 | Lease dated April 29, 2025 | Divine Galaxy Operations LLC | $0.00 |

## Part B — Franchise Agreements to Be Assumed and Assigned

| Store # | Restaurant | Counterparty | Agreement (Date) | Proposed Cure Cost |
|---|---|---|---|---|
| 0212 | Jonesboro, AR | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $98,045.94 |
| 0215 | West Memphis, AR | Quality Is Our Recipe, LLC | Renewal Franchise Agreement dated March 21, 2022 (original Franchise Agreement dated December 23, 2002) | $70,896.83 |
| 0218 | Paragould, AR | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $76,123.95 |
| 0221 | Southaven, MS | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $114,421.70 |
| 0223 | Southaven, MS | Quality Is Our Recipe, LLC | Franchise Agreement dated June 27, 2002 (assigned to Seller effective June 7, 2017) | $69,003.06 |
| 0224 | Grenada, MS | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $154,788.02 |
| 0225 | Oxford, MS | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $87,899.34 |
| 0226 | Oxford Commons, MS | Quality Is Our Recipe, LLC | Franchise Agreement dated May 13, 2005 (assigned to Seller effective June 7, 2017) | $109,206.90 |
| 0227 | Senatobia, MS | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $81,296.17 |

| Store # | Restaurant | Counterparty | Agreement (Date) | Proposed Cure Cost |
|---|---|---|---|---|
| 0228 | Poplar Bluff, MO | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $118,816.63 |
| 0232 | N. Jackson, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $93,777.39 |
| 0234 | Jackson, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated June 19, 2000 (assigned to Seller effective June 7, 2017) | $67,292.81 |
| 0235 | Covington, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $60,089.05 |
| 0237 | Bartlett, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $84,213.90 |
| 0242 | Germantown, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $76,127.53 |
| 0246 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $103,961.46 |
| 0248 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $94,824.58 |
| 0253 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $77,129.46 |
| 0258 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $76,020.07 |
| 0259 | Memphis, TN | Quality Is Our Recipe, LLC | Renewal Franchise Agreement dated May 20, 2022 (original Franchise Agreement dated October 15, 1999) | $80,198.82 |

| Store # | Restaurant | Counterparty | Agreement (Date) | Proposed Cure Cost |
|---|---|---|---|---|
| 0260 | Collierville, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $80,222.92 |
| 0261 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $123,645.00 |
| 0262 | Memphis, TN | Quality Is Our Recipe, LLC | Renewal Franchise Agreement dated September 13, 2022 (original Franchise Agreement dated October 15, 1999) | $88,167.42 |
| 0263 | Memphis, TN | Quality Is Our Recipe, LLC | Renewal Franchise Agreement dated December 18, 2014 (original Franchise Agreement dated October 15, 1999) | $86,213.23 |
| 0264 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated October 15, 1999 (assigned to Seller effective June 7, 2017) | $104,869.77 |
| 0265 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated August 16, 2001 (assigned to Seller effective June 7, 2017) | $67,154.64 |
| 0267 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated April 29, 2004 (assigned to Seller effective June 7, 2017) | $85,049.83 |
| 0333 | Marion, AR | Quality Is Our Recipe, LLC | Franchise Agreement dated March 22, 2018 | $77,421.53 |
| 0348 | Jonesboro, AR | Quality Is Our Recipe, LLC | Franchise Agreement dated December 17, 2019 | $74,109.12 |
| 0350 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated December 17, 2019 | $120,421.51 |
| 0378 | Millington, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated July 30, 2021 | $78,245.47 |

| Store # | Restaurant | Counterparty | Agreement (Date) | Proposed Cure Cost |
|---|---|---|---|---|
| 0384 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated September 23, 2021 | $75,436.84 |
| 0385 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated December 16, 2021 | $114,409.25 |
| 0388 | Munford, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated December 16, 2021 | $87,799.51 |
| 0396 | Kennett, MO | Quality Is Our Recipe, LLC | Franchise Agreement dated August 26, 2022 | $119,670.89 |
| 0397 | Memphis, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated August 26, 2022 | $75,067.80 |
| 0398 | Blytheville, AR | Quality Is Our Recipe, LLC | Franchise Agreement dated August 26, 2022 | $109,631.43 |
| 0409 | Cordova, TN | Quality Is Our Recipe, LLC | Franchise Agreement dated August 29, 2022 | $80,013.63 |
| 0410 | Horn Lake, MS | Quality Is Our Recipe, LLC | Franchise Agreement dated November 17, 2022 | $93,873.22 |
| 0411 | West Memphis, AR | Quality Is Our Recipe, LLC | Franchise Agreement dated November 17, 2022 | $77,277.27 |
| 0438 | Sikeston, MO | Quality Is Our Recipe, LLC | Franchise Agreement dated April 2, 2024 | $55,175.77 |
| 0443 | Dexter, MO | Quality Is Our Recipe, LLC | Franchise Agreement dated January 2, 2025 | $16,429.64 |

## Part C — Existing Leases Removed from the Assigned Contracts Schedule

The following are the Non-Scheduled Lease per the Buyer’s November 6, 2026 Lease Confirmation Notice delivered to the Seller.

| Store # | Premises | Landlord / Notice Address | Lease (Date and Amendments) | Cure Cost Stated in Original Contracts Schedule |
|---|---|---|---|---|
| 0212 | 3102 Southwest Drive, Jonesboro, AR | MRC Jonesboro LLC; Attn: Nelson Montalvo; 60-33 75th Street, Middle Village, NY 11379 | Lease dated July 18, 2019 | $0.00 |

| Store # | Premises | Landlord / Notice Address | Lease (Date and Amendments) | Cure Cost Stated in Original Contracts Schedule |
|---|---|---|---|---|
| 0215 | 1100 Martin Luther King Drive, West Memphis, AR | Pilot Travel Centers LLC; Attn: Gemma Patterson; PO Box 10146, Knoxville, TN 37939-0146 | Lease dated on or about July 1, 2002, as amended by 2021 amendment (term extended to April 30, 2031) | $0.00 |
| 0218 | 2806 W Kingshighway, Paragould, AR | 2806 West Kings Highway Owner LLC; Attn: James Hatfield; 46 North Street, Suite 6, Hyannis, MA 02601 | Lease dated September 20, 2019 | $0.00 |
| 0223 | 415 Goodman Road, Southaven, MS | Woodside Southaven LLC; Attn: Eric Markel; 7845 Colony Road, Suite C4-242, Charlotte, NC 28226 | Lease dated August 6, 2019 | $13,070.11 |
| 0227 | 511 E. Main Street, Senatobia, MS | The Sran Family Revocable Living Trust; Attn: Simranjit S. Sran; 2366 Delgado Pl., Woodland, CA 95776 | Lease dated May 17, 2017 | $0.00 |
| 0234 | 873 Vann Drive, Jackson, TN | Cactus Development Partnership; 11067 Larch Ave., Bloomington, CA 92316 | Lease dated August 14, 2018 | $11,560.89 |
| 0235 | 802 Highway 51 North, Covington, TN | The Ami Wahl Kelen Living Trust; Attn: Ami Kelen; 1150 Elise Ct., Nipomo, CA 93444 | Lease dated May 17, 2017 | $9,346.55 |
| 0253 | 749 S. Highland, Memphis, TN | 801 Memphis QSR LLC; 4601 Ponce de Leon Boulevard, Suite 300, Coral Gables, FL 33146 | Lease dated May 5, 2021 | $11,385.25 |
| 0263 | 6143 Walnut Grove Road, Memphis, TN | Hjorting Properties; 1006 San Roque Road, Santa Barbara, CA 93105 | Lease dated May 17, 2017 | $14,316.08 |
| 0265 | 7928 Winchester Road, Memphis, TN | Davrich Realty Corp.; Attn: Steven Heller; P.O. Box 85, East Rockaway, NY 11518 | Lease dated September 28, 2017 | $10,582.03 |
| 0333 | 3262 I-55 Service Road, Marion, AR | H&S Oregon, LLC; Attn: Hyun Yoo; 1604 Island Drive, Fullerton, CA 92833 | Lease dated March 7, 2019 | $0.00 |
| 0348 | 1802 First Security Way, Jonesboro, AR | Bhupinder Family Trust dated June 6, 2007; 8720 Penta Way, Elk Grove, CA 95624 | Lease dated August 13, 2020 | $15,525.27 |
| 0378 | 7895 US Highway 51 N., Millington, TN | Lightmill, LLC; 9-03 Clintonville Street, Whitestone, NY 11357 | Lease dated September 29, 2021 | $11,210.09 |
| 0397 | 2099 Whitten Rd., Memphis, TN | David & Olivia Maldonado Family Trust; 3319 James Dr., Carlsbad, CA 92008 | Lease dated September 15, 2022 | $11,533.01 |
| 0411 | 1551 North Missouri Street, West Memphis, AR | West AM Realty LLC; 875 Saint Nicholas Ave. #1, New York, NY 10032 | Lease dated September 19, 2023 | $11,418.75 |

| Store # | Premises | Landlord / Notice Address | Lease (Date and Amendments) | Cure Cost Stated in Original Contracts Schedule |
|---|---|---|---|---|
| 0443 | 1104 West Business US Highway 60, Dexter, MO | Pendola Truckee Venture Limited Partnership; 2477 Nevada City Highway, Grass Valley, CA 95945 | Lease dated February 26, 2025 | $12,687.50 |

## Part D — Assumed Contracts

None. As of the date of this notice, the Buyer has not designated any Assumed Contracts.