**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERITAGE HOSPITALITY GROUP INC., *et al.*,[1] | ) | Case No. 26-02947 (JWB) |
| Debtors. | ) | (Jointly Administered) |

**PROPOSED AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 10, 2026**

Copies of each pleading referenced below may be viewed at https://pacer.uscourts.gov and at the website of the Debtors' Claims, Noticing, and Solicitation Agent (Kroll) at https://restructuring.ra.kroll.com/meritage. Further information may be obtained by calling Kroll at 844.227.3239 (Toll-Free).

**SUGGESTED ORDER OF PRESENTATION FOR THE PENDING MOTIONS**

1. ***Debtor Wen Tennessee, LLC's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Seller's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Other Related Relief* [Docket No. 295]**

   Related Documents:

   a. *Declaration of Christopher Kelleher in Support of the Debtor Wen Tennessee, LLC's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Seller's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Other Related Relief* [Docket No. 301]

   b. *Order Scheduling Expedited Hearing to Consider Sale of Motion and Approving Form and Manner of Notice, Including Notice of Proposed Assumption and Assignment and Cure Amounts* [Docket No. 303]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Meritage Hospitality Group Inc. (0460); MHG Food Service, Inc. (5926); OCM Development, LLC (7384); Wen Carolinas, LLC (3792); Wen Georgia, LLC (7369); Wen Ohio, LLC; (5959); Wen Oklahoma, LLC (8802); Wen South, LLC (1229); Wen Tennessee, LLC (2477); Wen Virginia, LLC (2840); WM Limited Partnership-1998 (9989); RES Management, LLC (9105); Inspired By Opportunity, LLC (3681); Uncommon Hospitality, LLC (8858); and Chicken Ventures, LLC (7215). The corporate headquarters and the mailing address for the Debtors is 45 Ottawa Ave SW Suite 600, Grand Rapids, MI 49503.

c. *Notice of Expedited Hearing on Sale Motion* [Docket No. 305]

d. *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 306]

e. *Notice of Filing of Amended Exhibit 1 to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 442]

f. *Proposed Sale Order* [To be filed in advance of the hearing]

Responses filed:

a. *Objection of Realty Income Corporation to Debtors' Sale Motion and Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 417]

b. *Comtronics' Objection to Debtor Wen Tennessee, LLC's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Seller's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Other Related Relief* [Docket No. 418]

c. *Limited Objection of the David Madonado and Olivia Ladonado Family Trust Dated October 3, 2005 to (i) Debtor Wen Tennessee, LLC's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Seller's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (ii) the Proposed Assumption and Assignment of the Lease for Store #0397 and the Proposed Cure Cost* [Docket No. 432]

d. *Limited Objection of ATSD Irrevocable Trust UAD 9/10/2020 to Proposed Cure Amount for the Lease of Store No. 0398* (Blytheville, Arkansas) [Docket No. 438]

e. *Quality is Our Recipe, LLC's Limited Objection and Reservation of Rights to Debtor Wen Tennessee, LLC's Motion for Entry of an Order (I) Authorizing the Private Sale of Certain of the Seller's Assets Free and Clear of all Liens, Claims, Encumbrances, and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Other Related Relief* [Docket No. 441]

Status: The Debtors received informal comments on the sale order from the United States Trustee, City National Bank, Quality is Our Recipe LLC, the Official Committee of Unsecured Creditors, and certain contract counterparties, which are incorporated into the proposed sale order. A revised sale order with a redline to the

previously filed version will be filed in advance of the hearing. This matter will go forward.

2. ***Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 379] (the "Critical Vendor Motion")**

Related Documents: None.

a. *Declaration of Kevin Cleary in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 439]

b. Debtors' Reply in Support of the Critical Vendor Motion [Docket No. 447]

Responses filed: *United States Trustee's Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 407]

Status: The Debtors received informal comments from the Official Committee of Unsecured Creditors, and a revised interim order with a redline to the previously filed version will be filed in advance of the hearing. The United States Trustee objected to this motion. This matter will go forward.

3. ***Debtors' Third Omnibus Motion for Entry of an Order, Authorizing Rejection of Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of October 9, 2026* [Docket No. 208]**

Related Documents:

a. *Proposed Order Authorizing Debtors to Reject Certain (A) Unexpired Leases of Nonresidential Real Property and (B) Executory Contracts, Effective as of October 9, 2026* [Docket No. 361]

Responses filed: *Objection to Debtors' Third Omnibus Motion for Rejection of Leases and Contracts and Request to Accept Late-Filed Objection* [Docket No. 335], filed by Jodi Lynn Newtown, Successor Trustee of the Beverly Ann Brody Trust

Status: The Debtors corresponded with Ms. Newtown, and Ms. Newtown advised that her concerns in her objection were resolved.

4. ***Debtors' Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional***

***Assurance Requests, and (IV) Granting Related Relief*** **[Docket No. 21] (the "Utilities Motion")**

Related Documents:

a. *Final Order (i) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services (ii) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (iii) Approving the Debtors' Proposed Procedures for Resolving Additional Adequate Assurance Requests, and (iv) Granting Related Relief [Docket No. 321]*

Responses filed:

a. *Objection of Certain Utility Companies to the Utilities Motion* [Docket No. 135]

b. *Objection of Cedar Springs, Michigan and Plainfield Charter Township, Grand Rapids, Michigan to the Utilities Motion* [Docket No. 188]

c. *Notice of Withdrawal* [Docket No. 339] filed by Appalachian Power Company and Certain Other Utilities

d. *Notice of Withdrawal* [Docket No. 340] filed by Cedar Springs, Michigan and Plainfield Charter Township, Grand Rapids, Michigan

Status: The objections have been resolved and withdrawn.

**Other Matters**

5. Pretrial conference on the pending related adversary proceeding (Case No. 26-80079).

November 9, 2026

Respectfully submitted,

*/s/ Scott N. Opincar*

**MCDONALD HOPKINS LLC**
Scott N. Opincar
Michael J. Kaczka
Maria G. Carr (admitted *pro hac vice*)
600 Superior Ave. East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Email: sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

*Counsel for the Debtors and Debtors in Possession*