**Schedule 1**
**List of Rejected Leases[3]**

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 1 | Wen Oklahoma LLC | 3831 Wisconsin Pacific, LLC and Coronado Pacific Homes, LLC | 2530 Wilshire Boulevard, Floor 3, Santa Monica, CA 90403 | Lease Agreement<br>Store # 373 178th & Western<br>1128 NW 178th Street<br>Oklahoma City, OK 73012 | 10/9/26 |
| 2 | WM Limited Partnership - 1998 | A & R Development II LLC | 130 60th Street SW, Grand Rapids, MI 49548 | Lease Agreement<br>Store #335 Hudsonville<br>4037 32nd Ave<br>Hudsonville, MI 49426 | 10/9/26 |
| 3 | Wen South LLC | Agnes Realty Associates | PO Box 940052, Simi Valley, CA 93094 | Lease Agreement<br>Store # 403 Commonwealth<br>7027 Commonwealth Avenue,<br>Jacksonville, FL 32220 | 10/9/26 |
| 4 | Wen Oklahoma LLC | Broadstone WI Great Plains, LLC c/o Broadstone Real Estate, LLC | 800 Clinton Square, Rochester, NY 14604 | Master Lease Agreement<br>Store #188 Moore<br>1300 N. Moore Rd.<br>Moore, OK 73160<br><br>Store #189 SE 29th Street<br>4518 SE 29th Street<br>Del City, OK 73115<br><br>Store #187 S. Western Ave<br>4500 S. Western Ave.<br>Oklahoma City, OK 73120 | 10/9/26 |

3 The Rejected Leases referenced herein include any amendments, modifications, subleases, termination agreements, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 5 | WM Limited Partnership - 1998 | Burger City Holdings, LLC - Scotti, Daniel J | 459 Meadowview Drive, Vacaville, CA 95688 | Lease Agreement<br>Store #205 Gross Pointe Farms<br>18800 Mack Avenue<br>Grosse Pointe Farms, MI 48236 | 10/9/26 |
| 6 | Wen Oklahoma LLC | Cornelia Oklahoma City Owner LLC | c/o 1822 Cornelia Street LLC 2880 Riverside Drive, Wantagh, NY 11793 | Lease Agreement<br>Store # 351 I-40 & MacArthur<br>705 S. MacArthur Blvd.<br>Oklahoma City, OK 73128 | 10/9/26 |
| 7 | Wen South LLC | Investments AAB LLC | 500 Brickell Avenue, Apt. 1607, Pembroke Pines, FL 33028 | Lease Agreement<br>Store # 404 Heckscher<br>10101 New Berlin Road,<br>Jacksonville, FL 32226 | 10/9/26 |
| 8 | Wen Oklahoma LLC | Jodi Lynn Newton, Successor Trustee of the Beverly Ann Brody Trust | 1110 McKenny Ct, Folsom, CA 95630 | Lease Agreement<br>Store #268 Choctaw<br>14329 N.E. 23rd Street<br>Choctaw, OK 73020 | 10/9/26 |
| 9 | Wen Georgia LLC | Lyn-Jo Marietta LLC | 313 East 74th Street, Suite 1, New York, NY 10021 | Lease Agreement<br>Store #92 Windy Hill<br>2668 Windy Hill Rd.<br>Marietta, GA 30067 | 10/9/26 |
| 10 | Wen Oklahoma LLC | S. High General, LLC | 104 Delaplane Ct., Morrisville, NC 27560 | Lease Agreement<br>Store # 381 Rockwell & Memorial<br>13524 N. Rockwell Ave<br>Oklahoma City, OK 73142 | 10/9/26 |

**Schedule 2**
**List of Rejected Contracts**[4]

| NO. | DEBTOR | COUNTERPARTY | COUNTERPARTY ADDRESS | REJECTED AGREEMENT AND PROPERTY | REJECTION DATE |
|---|---|---|---|---|---|
| 11 | Wen Georgia LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #92 Windy Hill<br>2668 Windy Hill Rd.<br>Marietta, GA 30067 | 10/9/26 |
| 12 | Wen Oklahoma LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #188 Moore<br>1300 N. Moore Rd<br>Moore, OK 73160 | 10/9/26 |
| 13 | WM Limited Partnership - 1998 | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #205 Gross Pointe Farms<br>18800 Mack Avenue<br>Grosse Pointe Farms, MI 48236 | 10/9/26 |
| 14 | Wen Oklahoma LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #268 Choctaw<br>14329 N.E. 23rd Street<br>Choctaw, OK 73020 | 10/9/26 |
| 15 | WM Limited Partnership - 1998 | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store #335 Hudsonville<br>4037 32nd Ave<br>Hudsonville, MI 49426 | 10/9/26 |
| 16 | Wen Oklahoma LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store # 351 I-40 & MacArthur<br>705 S. MacArthur Blvd.<br>Oklahoma City, OK 73128 | 10/9/26 |

[4] The Rejected Contracts referenced herein include any agreements, subcontracts, riders, schedules, certificates, memoranda, amendments, supplements, guaranties, purchase orders, work orders, change orders, or other ancillary documents related thereto, each as may have been amended, modified, or supplemented from time to time and together with any schedules thereto.

| | | | | | |
|---|---|---|---|---|---|
| 17 | Wen Oklahoma LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store # 373 178th & Western<br>1128 NW 178th Street,<br>Oklahoma City, OK 73012 | 10/9/26 |
| 18 | Wen Oklahoma LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store # 381 Rockwell & Memorial<br>13524 N. Rockwell Ave<br>Oklahoma City, OK 73142 | 10/9/26 |
| 19 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store # 403 Commonwealth<br>7027 Commonwealth Avenue<br>Jacksonville, FL 32220 | 10/9/26 |
| 20 | Wen South LLC | Quality Is Our Recipe, LLC | One Dave Thomas Blvd., Dublin, OH 43017 | Franchise Agreement<br>Store # 404 Heckscher<br>10101 New Berlin Road<br>Jacksonville, FL 32226 | 10/9/26 |